PROB 22

**TRANSFER OF JURISDICTION**

E-filing

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | 0972/2:03CR00103-04 |
| | DOCKET NUMBER *(Rec. Court)* |
| | CR 07 0576 SI |

FILED 07 SEP -7 AM 9: 11 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas Vinh Quach<br>Daly City, California | Eastern District of California | |
| | NAME OF SENTENCING JUDGE | |
| | FRANK C. DAMRELL, JR. | |
| | DATES OF SUPERVISED RELEASE: | FROM<br>June 29, 2007 | TO<br>June 28, 2012 |

**OFFENSE**

21 USC 841(a)(1) - Distribution of Cocaine &
18 USC 1957(a) - Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/24/07
*Date*                                                  *FRANK C. DAMRELL, JR.*

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-4-07
*Effective Date*                                      *United States District Judge*

---

CC:   United States Attorney
      FLU Unit-United States Attorney's Office
      Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22) MRC