# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

US District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

CR 07-756 SI

**RE:** **USA vs. – WORLD SAVINGS BANK**
**USDC No.:** **2:03–CR–00103–FCD**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
October 04, 2007 , transmitted herewith are the following documents.

**Paper Documents: Certified copies of Indictment, judgment and docket sheet**

Please <u>acknowledge</u> receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**October 10, 2007**        /s/ **L. Mena–Sanchez**
_____

Deputy Clerk

RECEIVED BY:
_____

Please Print Name

DATE RECEIVED:
_____

NEW CASE
NUMBER:
_____

PROB22_OUT

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
### CRIMINAL DOCKET FOR CASE #: 2:03-cr-00103-FCD All Defendants
### Internal Use Only

Case title: USA v. Lien, et al                    Date Filed: 03/06/2003
Magistrate judge case numbers: 2:03-mj-00035
                               2:03-mj-00036
                               2:03-mj-00037

Assigned to: Judge Frank C. Damrell, Jr

## Defendant

**Giap Huu Lien** (1)                    represented by **V.Roy Lefcourt**
*TERMINATED: 10/17/2005*                 Law Office of V.Roy Lefcourt
                                         1934 Divisadero Street
I herby certify that the annexed          San Francisco, CA 94115
instrument is a true and correct copy of  415-776-0207
the original on file in my office.        Fax: 415-776-8047
ATTEST: **VICTORIA C. MINOR**            Email: vroylefcourt@sbcglobal.net
Clerk, U.S. District Court                *LEAD ATTORNEY*
Eastern District of California           *Designation: Retained*
By _A. mena-Sanchez_
                        Deputy Clerk
Dated_____10/10/07_____

## Pending Counts                                **Disposition**

21:841A=CD.F CONSPIRACY TO
DISTRIBUTE MDMA; TO
MANUFACTURE MARIJUANA; TO
DISTRIBUTE ATLEAST 50 GRAMS
OF METHAMPHETAMINE; TO          BOP Ct 1 204 months and Ct 2 204
DISTRIBUTE ATLEAST 5 KILOS OF   months to run CC for total term of 204
A MIXTURE AND SUBSTANCE         months; TSR 60 months Ct 1 and 36
CONTAINING COCAINE; TO          months Ct2 to run CC for total term of
POSSESS WITH INTENT TO          60 months; Fine Waived; S/A $200
DISTRIBUTE MARIJUANA; TO
POSSES WITH INTENT TO
DISTRIBUTE ATLEAST 50 GRAMS
OF METHAMPHETAMINE
(1ss)

18:1956-6801.F CONSPIRACY TO    BOP Ct 1 204 months and Ct 2 204
LAUNDER MONETARY                months to run CC for total term of 204
INSTRUMENTS                     months; TSR 60 months Ct 1 and 36
(2ss)                           months Ct2 to run CC for total term of
                                60 months; Fine Waived; S/A $200

## Highest Offense Level (Opening)

Felony

## Terminated Counts                                    ## Disposition

21:841A=CD.F CONSPIRACY TO
DISTRIBUTE MDMA; TO
MANUFACTURE MARIJUANA; TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHEMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE & SUBSTANCE
CONTAINING COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA, TO
POSSES WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1)

21:846=CD.F AND 21:841
CONSPIRACY TO DISTRIBUTE 3,4
MDMA; TO MANUFACTURE
MARIJUANA; TO DISTRIBUTE AT
LEAST 50 GRAMS OF
METHAMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE AND SUBSTANCE
CONTAINING A DETECTABLE
AMOUNT OF COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA; TO
POSSESS WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1s)

21:841A=CD.F DISTRIBUTION OF
MDMA
(2)

21:841A=CD.F DISTRIBUTION OF
MDMA AND AIDING AND
ABETTING
(2s)

21:841A=CD.F DISTRIBUTION OF
AT LEAST 50 GRAMS
METHAMPHETAMINE
(4)

21:841A=CD.F DISTRIBUTION OF

AT LEAST 50 GRAMS
METHAMPHETAMINE
(4s)

21:841A=CD.F DISTRIBUTION OF
MDMA
(5)

21:841A=CD.F DISTRIBUTION OF
MDMA AND AIDING AND
ABETTING
(5s)

21:841A=CD.F DISTRIBUTION OF
AT LEAST 50 GRAMS OF
METHAMPHETAMINE
(6)

21:841A=CD.F DISTRIBUTION OF
AT LEAST 50 GRAMS OF
METHAMPHETAMINE AND
AIDING AND ABETTING
(6s)

21:841A=CD.F POSS WITH INTENT
TO DISTRIBUTE 50 GRAMS
METHAMPHETAMINE
(9)

21:841E=CD.F POSSESSION WITH
INTENT TO DISTRIBUTE 50
GRAMS METHAMPHETAMINE
AND AIDING AND ABETTING
(9s)

## **Highest Offense Level (Terminated)**

Felony

## **Complaints**

**Disposition**

21:841 and 21:846 [ 2:03-m -37 ]

---

Assigned to: Judge Frank C. Damrell, Jr

## **Defendant**

**Hiep Huu Lien** (2)
*TERMINATED: 07/12/2005*

represented by **Charles David Eyster**
Law Office Of Duncan M. James
445 North State Street
P.o. Box 1381
Ukiah, CA 95482
707-468-9271
Fax: 707-468-0453

Email: eyster@duncanjames.com
*TERMINATED: 03/10/2003*
*LEAD ATTORNEY*
*Designation: Retained*

**J Patrick McCarthy**
Law Offices of J Patrick McCarthy
901 H Street
Suite 304
Sacramento, CA 95814
916-442-1932
Email: mcwhite901@hotmail.com
*LEAD ATTORNEY*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| 21:846=CD.F AND 21:841 CONSPIRACY TO DISTRIBUTE 3,4 MDMA; TO MANUFACTURE MARIJUANA; TO DISTRIBUTE AT LEAST 50 GRAMS OF METHAMPHETAMINE; TO DISTRIBUTE AT LEAST 5 KILOS OF A MIXTURE AND SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF COCAINE; TO POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA; TO POSSESS WITH INTENT TO DISTRIBUTE AT LEAST 50 GRAMS OF METHAMPHETAMINE (1s) | Dismissed |
| 21:841A=CD.F CONSPIRACY TO DISTRIBUTE MDMA; TO MANUFACTURE MARIJUANA; TO DISTRIBUTE ATLEAST 50 GRAMS OF METHAMPHETAMINE; TO DISTRIBUTE ATLEAST 5 KILOS OF A MIXTURE AND SUBSTANCE CONTAINING COCAINE; TO POSSESS WITH INTENT TO DISTRIBUTE MARIJUANA; TO POSSES WITH INTENT TO DISTRIBUTE ATLEAST 50 GRAMS OF METHAMPHETAMINE (1ss) | 108 months on counts 1 and 2 of the superceding information to run concurrently for total term of 9 years, TSR 60 months, $200 special assessment, fine waived |
| 18:1956-6801.F CONSPIRACY TO LAUNDER MONETARY | 108 months on counts 1 and 2 of the superceding information to run concurrently for total term of 9 years, |

INSTRUMENTS
(2ss)

TSR 60 months, $200 special
assessment, fine waived

## Highest Offense Level (Opening)

Felony

## Terminated Counts

### Disposition

21:841A=CD.F CONSPIRACY TO
DISTRIBUTE MDMA; TO
MANUFACTURE MARIJUANA; TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHEMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE & SUBSTANCE
CONTAINING COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA, TO
POSSES WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1)

Dismissed

21:841A=CD.F DISTRIBUTION OF
AT LEAST 50 GRAMS OF
METHAMPHETAMINE
(6)

Dismissed

21:841A=CD.F DISTRIBUTION OF
AT LEAST 50 GRAMS OF
METHAMPHETAMINE AND
AIDING AND ABETTING
(6s)

Dismissed

21:841B=ND.F DISTRIBUTION OF
AT LEAST 5 KILOGRAMS OF
COCAINE
(7)

Dismissed

21:841E=ND.F DISTRIBUTION OF
AT LEAST 5 KILOGRAMS OF
COCAINE AND AIDING AND
ABETTING
(7s)

Dismissed

21:841B=MD.F POSSESSION WITH
INTENT TO DISTRIBUTE
(8)

Dismissed

21:841A=MM.F POSSESSION WITH
INTENT TO DISTRIBUTE
MARIJUANA
(8s)

Dismissed

## Highest Offense Level (Terminated)

Felony

## Complaints

21:841 and 21:846 [ 2:03-m -37 ]

## Disposition

Dismissed

---

Assigned to: Judge Frank C. Damrell, Jr

## Defendant

**Chau Minh Dang** (3)
*TERMINATED: 01/11/2005*

represented by **Jeffrey Lewis Staniels**
Office of the Federal Defender
801 I Street, 3d Floor
Sacramento, CA 95814
(916) 498-5700 x230
Fax: (916) 498-5710
Email: Jeffrey_Staniels@fd.org
*TERMINATED: 01/11/2005*
*LEAD ATTORNEY*
*Designation: Public Defender or
Community Defender Appointment*

**Richard P Pointer**
Hinkle Jachimowicz and Pointer
2007 W Hedding St
Ste 100
San Jose, CA 95128
408-246-5500
Fax: 554-0571
*LEAD ATTORNEY*
*Designation: Retained*

## Pending Counts

21:846=CD.F AND 21:841
CONSPIRACY TO DISTRIBUTE 3,4
MDMA; TO MANUFACTURE
MARIJUANA; TO DISTRIBUTE AT
LEAST 50 GRAMS OF
METHAMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE AND SUBSTANCE
CONTAINING A DETECTABLE
AMOUNT OF COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA; TO
POSSESS WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS

## Disposition

Imprisonment of 84 mos, 60 mos TSR,
$100 S/A, fine waived,
recommendation for 500 hr drug
program and facility in Sheridan, OR or
other CA institution, special conditions
(see J and C)

OF METHAMPHETAMINE
(1s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts                                    ## Disposition

21:841A=CD.F CONSPIRACY TO
DISTRIBUTE MDMA; TO
MANUFACTURE MARIJUANA; TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHEMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE & SUBSTANCE
CONTAINING COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA, TO
POSSES WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1)

21:841A=CD.F DISTRIBUTION OF
AT LEAST 50 GRAMS
METHAMPHETAMINE
(4)

21:841A=CD.F DISTRIBUTION OF
AT LEAST 50 GRAMS
METHAMPHETAMINE
(4s)

21:841A=CD.F DISTRIBUTION OF
AT LEAST 50 GRAMS OF
METHAMPHETAMINE
(6)

21:841A=CD.F DISTRIBUTION OF
AT LEAST 50 GRAMS OF
METHAMPHETAMINE AND
AIDING AND ABETTING
(6s)

21:841A=CD.F POSS WITH INTENT
TO DISTRIBUTE 50 GRAMS
METHAMPHETAMINE
(9)

21:841E=CD.F POSSESSION WITH
INTENT TO DISTRIBUTE 50
GRAMS METHAMPHETAMINE
AND AIDING AND ABETTING

(9s)

## Highest Offense Level (Terminated)

Felony

## Complaints                                    ## Disposition

21:841 and 21:846 [ 2:03-m -37 ]

---

Assigned to: Judge Frank C. Damrell, Jr

## Defendant

**Thomas Vinh Quach** (4)                represented by **Thomas Vinh Quach**
*TERMINATED: 10/04/2007*                 14325-097
                                         Federal Prison Camp Atwater
                                         PO Box 019001
                                         Atwater, CA 95301
                                         PRO SE

                                         **Alec Scott Rose**
                                         The Cochran Firm
                                         Criminal Defense Section
                                         2530 Wilshire Boulevard, First Floor
                                         Santa Monica, CA 90403
                                         310315-1100
                                         Fax: 310309-2607
                                         Email: arose@cochranfirm.com
                                         *TERMINATED: 03/12/2003*
                                         *LEAD ATTORNEY*
                                         *Designation: Retained*

                                         **Danny D. Brace, Jr.**
                                         Law Office of Danny D. Brace, Jr.
                                         901 H Street
                                         Suite 500
                                         Sacramento, CA 95814
                                         (916) 552-6660
                                         Fax: (916) 447-0592
                                         Email: dbrace@bracelaw.com
                                         *LEAD ATTORNEY*
                                         *Designation: Retained*

## Pending Counts                                 ## Disposition

DISTRIBUTION OF AT LEAST 5                imprisonment-60 mos,
KILOGRAMS OF COCAINE                     recommendation- Camp facility in CO
(1ss)                                    500 hr BOP drug program; TSR-60
                                         mos; S/A-$200; fine waived; special
                                         conditions-Pgs 20,21 of PSR

ENGAGING IN MONETARY
TRANSACTIONS IN CRIMINALLY
DERIVED PROPERTY
(2ss)

imprisonment-60 mos,
recommendation- Camp facility in CO
500 hr BOP drug program; TSR-60
mos; S/A-$200; fine waived; special
conditions-Pgs 20,21 of PSR

## Highest Offense Level (Opening)

Felony

## Terminated Counts

**Disposition**

21:841A=CD.F CONSPIRACY TO
DISTRIBUTE MDMA; TO
MANUFACTURE MARIJUANA; TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHEMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE & SUBSTANCE
CONTAINING COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA, TO
POSSES WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1)

DISMISSED

21:846=CD.F AND 21:841
CONSPIRACY TO DISTRIBUTE 3,4
MDMA; TO MANUFACTURE
MARIJUANA; TO DISTRIBUTE AT
LEAST 50 GRAMS OF
METHAMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE AND SUBSTANCE
CONTAINING A DETECTABLE
AMOUNT OF COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA; TO
POSSESS WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1s)

DISMISSED

21:841B=ND.F DISTRIBUTION OF
AT LEAST 5 KILOGRAMS OF
COCAINE
(7)

DISMISSED

21:841E=ND.F DISTRIBUTION OF
AT LEAST 5 KILOGRAMS OF
COCAINE AND AIDING AND
ABETTING

DISMISSED

(7s)

## Highest Offense Level (Terminated)

Felony

<table>
<tr><td><b><u>Complaints</u></b></td><td><b><u>Disposition</u></b></td></tr>
<tr><td>KNOWINGLY & INTENTIONALLY<br>AGREE AND CONSPIRE WITH<br>EACH OTHER TO DISTRIBUTE A<br>CONTROLLED SUBSTANCE [ 2:03-<br>m -36 ]</td><td></td></tr>
</table>

Assigned to: Judge Frank C. Damrell, Jr

Appeals court case number: '06-10102'
'USCA - Ninth Circuit'

## Defendant

**Khamaljit Singh Khera** (5)                 represented by **Johnny L. Griffin, III**
                                                             Law Offices of Johnny L. Griffin III
                                                             1010 F Street, Suite 200
                                                             Sacramento, CA 95814
                                                             (916) 444-5557
                                                             Fax: (916) 444-5558
                                                             Email: jgriffin@johnnygriffinlaw.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Retained*

                                                             **Alec Scott Rose**
                                                             (See above for address)
                                                             *TERMINATED: 03/10/2003*
                                                             *Designation: Retained*

                                                             **Clara Morgan Levers**
                                                             Law Offices of Johnny L. Griffin, III
                                                             1010 F Street, Suite 200
                                                             Sacramento, CA 95814
                                                             (916) 444-5557
                                                             Fax: (916) 444-5558
                                                             Email: jgriffin@johnnygriffinlaw.com
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Jesse J Garcia**
                                                             Garcia Schnayerson and Mockus
                                                             225 West Winton Avenue
                                                             Suite 208
                                                             Hayward, CA 94544

510-887-7445
Email: gsmcrimlaw@yahoo.com
*TERMINATED: 06/09/2003*
*Designation: Retained*

## Pending Counts

21:846=CD.F AND 21:841
CONSPIRACY TO DISTRIBUTE 3,4
MDMA; TO MANUFACTURE
MARIJUANA; TO DISTRIBUTE AT
LEAST 50 GRAMS OF
METHAMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE AND SUBSTANCE
CONTAINING A DETECTABLE
AMOUNT OF COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA; TO
POSSESS WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1s)

## Disposition

360 mos custody BOP; $100 s/a; fine
waived; 60 mos TSR

## Highest Offense Level (Opening)

Felony

## Terminated Counts

21:841A=CD.F CONSPIRACY TO
DISTRIBUTE MDMA; TO
MANUFACTURE MARIJUANA; TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHEMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE & SUBSTANCE
CONTAINING COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA, TO
POSSES WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1)

## Disposition

dismissed

## Highest Offense Level (Terminated)

Felony

## Complaints

## Disposition

KNOWINGLY & INTENTIONALLY
AGREE AND CONSPIRE WITH
EACH OTHER TO DISTRIBUTE A                    dismissed
CONTROLLED SUBSTANCE [ 2:03-
m -36 ]

Assigned to: Judge Frank C. Damrell, Jr

## Defendant

**Duc Khiem Ngo** (6)                    represented by **Carl Edward Larson**
*TERMINATED: 04/11/2005*                    Law Offices of Carl Edward Larson
                                            9490 Golden Gate Avenue
                                            Orangevale, CA 95662-2226
                                            916-989-9226
                                            Fax: 916-498-5710
                                            Email: carldeelarson@aol.com
                                            *TERMINATED: 02/24/2003*
                                            *LEAD ATTORNEY*
                                            *Designation: Public Defender or*
                                            *Community Defender Appointment*

                                            **Deborah G Levine**
                                            Law Offices of Deborah G. Levine
                                            1299 Newell Hill Place
                                            Suite 300
                                            Walnut Creek, CA 94596
                                            925-933-5100
                                            Email: deborahglevine@yahoo.com
                                            *LEAD ATTORNEY*
                                            *Designation: Retained*

## Pending Counts                          ## Disposition

21:846=CD.F AND 21:841
CONSPIRACY TO DISTRIBUTE 3,4
MDMA; TO MANUFACTURE
MARIJUANA; TO DISTRIBUTE AT
LEAST 50 GRAMS OF
METHAMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS               96 mos imprisonment with
OF A MIXTURE AND SUBSTANCE                recommendation to CA facility and 500
CONTAINING A DETECTABLE                   hr drug program; TSR 60 mos; S/A
AMOUNT OF COCAINE; TO                     $100 due immediately; Fine waived
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA; TO
POSSESS WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1s)

21:841A=CD.F POSS WITH INTENT
TO DISTRIBUTE 50 GRAMS
METHAMPHETAMINE                                    DISMISSED
(9)

## Highest Offense Level (Opening)

Felony

**Terminated Counts**                              **Disposition**

21:841A=CD.F CONSPIRACY TO
DISTRIBUTE MDMA; TO
MANUFACTURE MARIJUANA; TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHEMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE & SUBSTANCE
CONTAINING COCAINE; TO                             DISMISSED
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA, TO
POSSES WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1)

21:841A=CD.F DISTRIBUTION OF
MDMA                                               DISMISSED
(2)

21:841A=CD.F DISTRIBUTION OF
MDMA AND AIDING AND                                DISMISSED
ABETTING
(2s)

21:841B=MM.F MANUFACTURE
MARIJUANA                                          DISMISSED
(3)

21:841B=MM.F MANUFACTURE
MARIJUANA                                          DISMISSED
(3s)

21:841A=CD.F DISTRIBUTION OF
MDMA                                               DISMISSED
(5)

21:841A=CD.F DISTRIBUTION OF
MDMA AND AIDING AND                                DISMISSED
ABETTING
(5s)

21:841E=CD.F POSSESSION WITH
INTENT TO DISTRIBUTE 50                            DISMISSED
GRAMS METHAMPHETAMINE

AND AIDING AND ABETTING
(9s)

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| KNOWINGLY & INTENTIONALLY AGREE AND CONSPIRE W/OTHER TO DISTRIBUTE CONTROLLED SUBSTANCE [ 2:03-m -35 ] | DISMISSED |

---

Assigned to: Judge Frank C. Damrell, Jr

## Defendant

**Mike Huu Nguyen** (7)
*TERMINATED: 01/25/2005*

represented by **Doron Weinberg**
Law Offices of Doron Weinberg
523 Octavia Street
San Francisco, CA 94102
415-431-3472
Email: doronweinberg@aol.com
*LEAD ATTORNEY*
*Designation: Retained*

**Timothy E. Warriner**
Law Office of Timothy E. Warriner
1725 Capitol Avenue
Sacramento, CA 95814
(916) 443-7141
Fax: (916) 448-5346
Email: tew@warrinerlaw.com
*TERMINATED: 06/09/2003*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

## Pending Counts

18:1957-7600.F ENGAGING IN
MONETARY TRANSACTIONS IN
PROPERTY DERIVED FROM
SPECIFIED UNLAWFUL ACTIVITY
(1s)

## Disposition

Imprisonment of 27 mos
w/recommendation for Sheridan OR or
CA facility and 500 hr BOP drug
program; TSR 36 mos; S/A $100 due
immediately; Fine $2,000 due
immediately; See J&C for special
conditions

## Highest Offense Level (Opening)

Felony

## Terminated Counts

**Disposition**

21:846=CD.F AND 21:841
CONSPIRACY TO DISTRIBUTE 3,4
MDMA; TO MANUFACTURE
MARIJUANA; TO DISTRIBUTE AT
LEAST 50 GRAMS OF
METHAMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE AND SUBSTANCE
CONTAINING A DETECTABLE
AMOUNT OF COCAINE; TO
POSSESS WITH INTENT TO
DISTRIBUTE MARIJUANA; TO
POSSESS WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1)

DISMISSED

21:856=CM.F MAINTAINING A
PLACE FOR THE MANUFACTURE,
STORAGE, AND DISTRIBUTION OF
CONTROLLED SUBSTANCE
(10)

DISMISSED

## Highest Offense Level (Terminated)

Felony

## Complaints

**Disposition**

None

---

Assigned to: Judge Frank C. Damrell, Jr

## Defendant

**Khoa Dang Tran To** (8)
*TERMINATED: 10/11/2005*

represented by **Alan Baum**
Law Offices of Alan Baum
6246 Shoup Avenue
Woodland Hills, CA 91367
818-590-5542
Fax: 818-598-8701
Email: sfvab@aol.com
*TERMINATED: 06/24/2005*
*LEAD ATTORNEY*

**Lorilee Miller Gates**
United Defense Group, P.C.
4181 Sunswept Drive
Suite 100

Studio City, CA 91604
(818) 487-7400
Fax: (818) 487-7414
Email: lgates@thebestdefense.com
*TERMINATED: 06/24/2005*
*LEAD ATTORNEY*
*Designation: Retained*

**Michael Donald Long**
Law Office Of Michael D. Long
901 H Street
Suite 208
Sacramento, CA 95814
(916) 447-1920
Fax: (916) 448-1708
Email: Long_5999@msn.com
*TERMINATED: 08/31/2004*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Robert Lyons**
Law Offices of Robert W Lyons
295 West Winton Avenue
Hayward, CA 94544
510-782-6161
Email: lisacsimons@aol.com
*LEAD ATTORNEY*
*Designation: Retained*

**Pending Counts**

Misprison of Felony
(1s)

**Disposition**

BOP - 27 months; TSR 12 months; S/A
$100; Fine Waived.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846=CD.F AND 21:841
CONSPIRACY TO DISTRIBUTE 3,4
MDMA; TO MANUFACTURE
MARIJUANA; TO DISTRIBUTE AT
LEAST 50 GRAMS OF
METHAMPHETAMINE; TO
DISTRIBUTE AT LEAST 5 KILOS
OF A MIXTURE AND SUBSTANCE
CONTAINING A DETECTABLE
AMOUNT OF COCAINE; TO
POSSESS WITH INTENT TO

**Disposition**

Dismissed

DISTRIBUTE MARIJUANA; TO
POSSESS WITH INTENT TO
DISTRIBUTE AT LEAST 50 GRAMS
OF METHAMPHETAMINE
(1)

21:843B=CD.F USE OF
COMMUNICATION FACILITY TO                    Dismissed
FACILITATE DRUG OFFENSE
(11)

## Highest Offense Level (Terminated)

Felony

## Complaints                                    Disposition

None

---

## Claimant

**- World Savings Bank**                    represented by **Sharon Clyde Dutton**
                                            World Savings Center
                                            1901 Harrison Street
                                            5th Floor
                                            Oakland, CA 94612
                                            415-446-4198
                                            Email: lford259@worldsavings.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

---

## Claimant

**Joseph Lee**                              represented by **William Francis Burns**
                                            Law Office of William F. Burns
                                            699 Peters Avenue
                                            Suite B
                                            Pleasanton, CA 94566
                                            (925) 461-4972
                                            Fax: (925) 461-5082
                                            Email: wfburns@earthlink.net
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

---

## Plaintiff

**USA**                                     represented by **Anne Pings**
                                            United States Attorney

501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2785
Email: anne.pings@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bobbie J Montoya, flu**
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814
916-554-2775
Fax: 916-554-2900
Email: Bobbie.Montoya@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2003 | | LODGED request for dismissal of asset subject to forfeiture in the forfeiture allegation of the superseding indictment by plaintiff USA (daw) (Entered: 01/21/2004) |
| 02/24/2003 | 1 | COMPLAINT by US Attorney naming Duc Khiem Ngo (1) count cmp, before Magistrate Judge Peter A. Nowinski [ 2:03-m -35 ] (mm1) (Entered: 02/25/2003) |
| 02/24/2003 | | ARREST Warrant issued for Duc Khiem Ngo by Magistrate Judge Peter A Nowinski; bail set at NO BAIL [ 2:03-m -35 ] (mm1) (Entered: 02/25/2003) |
| 02/24/2003 | 2 | MINUTES before Magistrate Judge Peter A Nowinski dft Duc Khiem Ngo arraigned; NOT GUILTY plea entered; Attorney Edward Larson present ; dft advised of rights & charges Detention Hearing set on 2:00 2/26/03 for dft Duc Khiem Ngo ECRO Dona Euler [ 2:03-m -35 ] (mm1) (Entered: 02/25/2003) |
| 02/24/2003 | 1 | COMPLAINT by US Attorney Anne Pings naming Giap Huu Lien (1) count(s) cmp, Hiep Huu Lien (2) count(s) cmp, Chau Minh Dang (3) count(s) cmp, before Magistrate Judge Peter A. Nowinski [ 2:03-m -37 ] (bd) (Entered: 02/25/2003) |
| 02/24/2003 | | ARREST Warrant issued for Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang by Magistrate Judge Peter A. Nowinski bail set at no bail [ 2:03-m -37 ] (bd) (Entered: 02/25/2003) |
| 02/24/2003 | 2 | MINUTES before Magistrate Judge Peter A. Nowinski RE: initial appearance; first appearance of Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang Attorney V Roy Lefcourt, Charles David Eyster, Jeffrey L Staniels present ; dfts ordered temporarily detained; detention hearing set on 2:00 2/26/03 for Giap Huu Lien, for Hiep Huu Lien, for Chau Minh |

| | | |
|---|---|---|
| | | Dang ; C/R ECRO [ 2:03-m -37 ] (bd) (Entered: 02/25/2003) |
| 02/24/2003 | 1 | COMPLAINT by US Attorney naming Thomas Vinh Quach (1) counts cmp; Khamaljit Singh Khera (2) counts cmp, before Magistrate Judge Peter A Nowinski [ 2:03-m -36 ] (mm1) (Entered: 02/25/2003) |
| 02/24/2003 | | ARREST Warrant issued for Thomas Vinh Quach by Magistrate Judge Peter A Nowinski; bail set at NO BAIL [ 2:03-m -36 ] (mm1) (Entered: 02/25/2003) |
| 02/24/2003 | | ARREST Warrant issued for Khamaljit Singh Khera by Magistrate Judge Peter A Nowinski; bail set at NO BAIL [ 2:03-m -36 ] (mm1) (Entered: 02/25/2003) |
| 02/24/2003 | 2 | MINUTES before Magistrate Judge Peter A. Nowinski RE: Initial Appearance: first appearance of Thomas Vinh Quach, Khamaljit Singh Khera Attorney Alec Rose, Jesse J Garcia present , detention hearing and preliminary hearing date CONTINUED for 2:00 2/25/03 for Vinh Quach , detention hearing and preliminary hearing date CONTINUED for 2:00 3/3/03 for Khamaljit Singh Khera ; dfts ordered temporarily detained; ERCO Dona Euler [ 2:03-m -36 ] (ak) (Entered: 02/25/2003) |
| 02/25/2003 | 3 | ARREST Warrant returned executed as to defendant Duc Khiem Ngo defendant arrested on 2/21/03 [ 2:03-m -35 ] (hk) (Entered: 02/26/2003) |
| 02/25/2003 | 3 | ARREST Warrant returned executed as to defendant Thomas Vinh Quach; defendant arrested on 2/21/03 [ 2:03-m -36 ] (mm1) (Entered: 02/26/2003) |
| 02/25/2003 | 4 | ARREST Warrant returned executed as to defendant Khamaljit Singh Khera; defendant arrested on 2/21/03 [ 2:03-m -36 ] (mm1) (Entered: 02/26/2003) |
| 02/25/2003 | 5 | MINUTES before Magistrate Judge Peter A Nowinski Preliminary Exam & Detention hearing CONTINUED to 2:00 3/10/03 for defendant Thomas Vinh Quach ECRO Dona Euler [ 2:03-m -36 ] (mm1) (Entered: 02/26/2003) |
| 02/25/2003 | 3 | ARREST Warrant returned executed as to defendant Giap Huu Lien; defendant arrested on 2/21/03 [ 2:03-m -37 ] (mm1) (Entered: 02/26/2003) |
| 02/25/2003 | 4 | ARREST Warrant returned executed as to defendant Hiep Huu Lien; defendant arrested on 2/21/03 [ 2:03-m -37 ] (mm1) (Entered: 02/26/2003) |
| 02/25/2003 | 5 | ARREST Warrant returned executed as to defendant Chau Minh Dang; defendant arrested on 2/21/03 [ 2:03-m -37 ] (mm1) (Entered: 02/26/2003) |
| 02/26/2003 | 6 | MINUTES before Magistrate Judge Peter A Nowinski Preliminary Exam set for 2:00 3/10/03 as to Giap Huu Lien & Hiep Huu Lien; Detention Hearing RE-SET for 2:00 3/3/03 as to Giap Huu Lien & Hiep Huu Lien ; Preliminary Exam exam set for 2:00 3/3/03 as to Chau Minh Dang; |

| | | |
|---|---|---|
| | | Detention Hearing RE-SET for 2/28/03 as to Chau Minh Dang ; dfts ordered temporarily DETAINED - ECRO Dona Euler [ 2:03-m -37 ] (mm1) (Entered: 02/28/2003) |
| 02/27/2003 | 4 | MINUTES before Magistrate Judge Peter A. Nowinski; preliminary and detention hearing CONTINUED to 2:00 3/10/03 for Duc Khiem Ngo ; Dft was ordered temporarily detained; C/R ECRO [ 2:03-m -35 ] (nac) (Entered: 02/28/2003) |
| 02/28/2003 | 7 | NOTICE of hearing by Chau Minh Dang and confirmed by CRD detention hearing RESET for 2:00 3/4/03 for Chau Minh Dang [ 2:03-m -37 ] (mdk) (Entered: 03/03/2003) |
| 03/03/2003 | 6 | MINUTES before Magistrate Judge Gregory G. Hollows RE: detention hearing; detention hearing CONTINUED to 2:00 3/6/03 for Khamaljit Singh Khera ; C/R ECRO [ 2:03-m -36 ] (bd) Modified on 03/04/2003 (Entered: 03/04/2003) |
| 03/03/2003 | 8 | MINUTES before Magistrate Judge Gregory G. Hollows RE: detention hearing; detention hearing CONTINUED to 2:00 3/6/03 for dfts Giap Huu Lien and Hiep Huu Lien ; C/R ECRO [ 2:03-m -37 ] (bd) (Entered: 03/04/2003) |
| 03/03/2003 | 9 | MEMORANDUM by plaintiff regarding pre-trial detention of dft Giap Huu Lien [ 2:03-m -37 ] (nac) (Entered: 03/04/2003) |
| 03/03/2003 | 10 | MEMORANDUM by plaintiff regarding pre-trial detention of dft Heip Huu Lien [ 2:03-m -37 ] (nac) (Entered: 03/04/2003) |
| 03/03/2003 | 7 | NOTICE OF MOTION AND MOTION for bail by defendant Khamaljit Singh Khera ; motion hearing set for 2:00 3/3/03 [ 2:03-m -36 ] (bd) (Entered: 03/04/2003) |
| 03/04/2003 | 11 | MINUTES before Magistrate Judge Gregory G. Hollows RE: detention hearing; detention hearing held on 3/4/03 as to defendant Chau Minh Dang ; court orders dft released on $160,000.00 secured by mother's home; court wants declaration from dft's motion stating she understands she will loose her home if son does not make all his court appearances; dft is released on pretrial conditions as stated on record; court instructs dft to signed Notice to the Defendant Being Released; C/R ECRO [ 2:03-m -37 ] (bd) (Entered: 03/05/2003) |
| 03/04/2003 | 12 | NOTICE TO DEFENDANT being released as to defendant Chau Minh Dang [ 2:03-m -37 ] (bd) (Entered: 03/05/2003) |
| 03/05/2003 | 8 | MEMORANDUM by USA regarding pre-trial detention of dft Kamaljit Khera [ 2:03-m -36 ] (mdk) (Entered: 03/06/2003) |
| 03/06/2003 | 13 | MINUTES before Magistrate Judge Gregory G. Hollows RE: detention hearing; detention hearing held on 3/6/03 as to dfts Giap Huu Lien and Hiep Huu Lien; detention hearing and arraignment continued to 2:00 3/10/03 for dfts Giap Huu Lien and Hiep Huu Lien ; Lisa Noh and Lilly Yu sworn and testified; C/R ECRO [ 2:03-m -37 ] (bd) (Entered: 03/07/2003) |

| 03/06/2003 | 9 | MINUTES before Magistrate Judge Gregory G. Hollows re detention hearing detention hearing CONTINUED to 2:00 3/14/03 for Khamaljit Singh Khera ; dft's memorandum and opposition are due 3/12/03; C/R ECRO Dona Euler [ 2:03-m -36 ] (mdk) (Entered: 03/07/2003) |
|---|---|---|
| 03/06/2003 | 14 | INDICTMENT by US Attorney Anne Pings Counts filed against Duc Khiem Ngo (1) count(s) 1, 2, 3, 5, 9, Thomas Vinh Quach (2) count(s) 1, 7, Khamaljit Singh Khera (3) count(s) 1, Giap Huu Lien (4) count(s) 1, 2, 4, 5, 6, 9, Hiep Huu Lien (5) count(s) 1, 6, 7, 8, Chau Minh Dang (6) count(s) 1, 4, 6, 9 (sk) (Entered: 03/07/2003) |
| 03/07/2003 | 15 | TRANSCRIPT of 03/04/03 detention hearing by C/R ECRO (nac) (Entered: 03/10/2003) |
| 03/10/2003 | | LODGED substitution of attorney by defendant Thomas Vinh Quach (ds) (Entered: 03/11/2003) |
| 03/10/2003 | 16 | NOTICE OF MOTION AND MOTION for revocation of magistrate's order granting pretrial release by USA as to Chau Minh Dang (ds) (Entered: 03/11/2003) |
| 03/10/2003 | | LODGED Application to Magistrate Court to stay order authorizing release of dft Chau Dang pending District Court's consideration of Motion for Revocation of release order by plaintiff USA (mm1) (Entered: 03/11/2003) |
| 03/10/2003 | 18 | MEMORANDUM by defendant Duc Khiem Ngo in support of release (pw) (Entered: 03/11/2003) |
| 03/10/2003 | 19 | MINUTES before Magistrate Judge Gregory G. Hollows RE Arraignment: Dft Thomas Vinh Quach, Khamaljit Singh Khera and Duc Khiem Ngo arraigned; Not Guilty pleas entered w/jury trial demand; Attorney Dan D Brace Jr, Alec Rose and Deborah G Levine present ; Status hearing SET for 9:30 AM 3/17/03 for Thomas Vinh Quach, Khamaljit Singh Khera and Duc Khiem Ngo ; As to dfts Quach and Ngo their detention hearings will continue at the end of calendar today; ECRO Dona Euler CD 1 of 1 (pw) (Entered: 03/11/2003) |
| 03/10/2003 | 20 | MINUTES before Magistrate Judge Gregory G. Hollows RE Detention Hearing: Detention hearing CONTINUED to 2:00 PM 3/12/03 for Thomas Vinh Quach ; As to dft Ngo the court takes the matter of Mr Ngo's release under submission and will issue and order; ECRO Dona Euler (pw) (Entered: 03/11/2003) |
| 03/10/2003 | 21 | MINUTES before Magistrate Judge Gregory G. Hollows RE Arraignment: Dft Giap Huu Lien, Hiep Huu Lien and Chau Minh Dang arraigned; Not Guilty pleas entered w/jury trial demand; Attorney V Roy Lefourt, J Patrick McCarthy and Richard P Pointer present ; Status hearing SET for 9:30 AM 3/17/03 for Giap Huu Lien, for Hiep Huu Lien, for Chau Minh Dang ; ECRO Dona Euler CD 1 of 1 (pw) (Entered: 03/11/2003) |
| 03/11/2003 | 17 | ORDER by Magistrate Judge Gregory G Hollows: Application to Stay |

| | | order authorizing release of dft Chau Minh Dang GRANTED; release order for dft Chau Minh Dang to be STAYED pending disposition of govt's Motion to Revoke such order (cc: all counsel) (mm1) (Entered: 03/11/2003) |
|---|---|---|
| 03/12/2003 | 22 | ORDER by Judge Frank C. Damrell Jr withdrawing attorney Alec Rose for Thomas Vinh Quach and substituting attorney Danny Brace (cc: all counsel) (ds) (Entered: 03/12/2003) |
| 03/12/2003 | 23 | ORDER by Magistrate Judge Gregory G Hollows: given size of bond that Court will impose, Court finds that govt has not met its burden of establishing potential for flight by preponderance of evidence; Court ORDERS dft Duc Khiem Ngo's release subject to following terms & conditions [to be found in text of Order]; this Release Order is not effective until appropriate paper work has been filed, dft has read, signed & filed Notice to Defendant Upon Being Released, and Court has signed a separate Release Order (cc: all counsel) (mm1) (Entered: 03/12/2003) |
| 03/12/2003 | 25 | MINUTES before Magistrate Judge Gregory G. Hollows detention hearing held as to defendant Thomas Vinh Quach ; govt counsel files a declaration concerning detention in open court and makes a proffer; at this time the matter is SUBMITTED on the record; court will issue an order; C/R ECRO CD 1 of 1 (ljr) (Entered: 03/13/2003) |
| 03/13/2003 | 24 | ORDER by Magistrate Judge Gregory G Hollows: dft Thomas Vinh Quack's Pretrial Release on following terms & conditions - bond in amount $400,000 be posed, secured by residences represented to be owned by Quach's relatives as well as his own; Quach shall report to PTS on first working day following his release from custody; Quach's travel restricted to Eastern District of CA; Quach shall not possess firearm, destructive device, or other dangerous weapon; Quach shall refrain from excessive use of alcohol or any use of narcotic drug or other controlled substance w/out prescription; Quach shall submit to drug or alcohol testing as approved & requested by PTS Officer; Quach shall seek or maintain employment; Quach shall not obtain or possess any travel documents - this Release Order is not effective until appropriate paper work has been filed, dft has read, signed and filed Notice to Defendant Upon Being Released, and Court has signed a separate release order (cc: all counsel) (mm1) (Entered: 03/13/2003) |
| 03/13/2003 | 26 | DECLARATION of Jeffrey Ferris regarding pre-trial detention of dft Thomas Quach (ds) (Entered: 03/14/2003) |
| 03/14/2003 | 27 | ORDER (MEMORANDUM) by Magistrate Judge Gregory G Hollows: Court ORDERED Chau Minh Dang released on conditions reflected in Hearing Transcript at RT 11-13 (cc: all counsel) (mm1) (Entered: 03/14/2003) |
| 03/14/2003 | 28 | RESPONSE by defendant Chau Minh Dang to motion for revocation of magistrate's order granting pretrial release by USA [16-1] (ds) (Entered: 03/17/2003) |
| 03/14/2003 | 29 | NOTICE OF MOTION AND MOTION (entitled "notice of filing |

| | | |
|---|---|---|
| | | declaration") for pre-trial detention by USA as to Hiep Huu Lien (ds) (Entered: 03/17/2003) |
| 03/14/2003 | 30 | MINUTES before Magistrate Judge Gregory G. Hollows RE: detention hearing; dft Khera is ordered detained pending trial; based on all information brought out in court concerning dft's history, court ordered dft Giap Lien detained pending trial; court takes matter of dft Hiep Lien's detention under submission and will issue an order on Monday; C/R ECRO (bd) (Entered: 03/17/2003) |
| 03/14/2003 | 31 | ORDER of Detention of Giap Huu Lien by Magistrate Judge Gregory G. Hollows (bd) (Entered: 03/17/2003) |
| 03/14/2003 | 32 | ORDER of Detention of Khamaljit Singh Khera by Magistrate Judge Gregory G. Hollows (bd) (Entered: 03/17/2003) |
| 03/14/2003 | 33 | LETTERS in support of pretrial release of defendant Hiep Huu Lien (bd) (Entered: 03/17/2003) |
| 03/14/2003 | 38 | REPLY by plaintiff USA to dft Kamaljit Khera's response to govt's memorandum regarding detention (ljr) (Entered: 03/17/2003) |
| 03/17/2003 | 34 | NOTICE OF MOTION AND MOTION for revocation of pretrial release by USA as to Duc Khiem Ngo (ds) (Entered: 03/17/2003) |
| 03/17/2003 | 35 | ORDER by Magistrate Judge Gregory G. Hollows STAYING release of dft Duc Khiem Ngo pending disposition of motion for revocation of pretrial release by USA [34-1] (cc: all counsel) (bd) (Entered: 03/17/2003) |
| 03/17/2003 | 36 | MINUTES before Judge Frank C. Damrell Jr RE: status conference further status hearing set for 9:30 4/22/03 for Giap Huu Lien, for Hiep Huu Lien, for Chau Minh Dang motion for revocation of magistrate's order granting pretrial release by USA [16-1] HEARING SET FOR 9:30 3/31/03; motion for pre-trial detention by USA [29-1] HEARING SET FOR 9:30 4/14/03, dft Hiep Lien to appear on 4/14/03 for either motion to revoke or status hearing; T4, T2 started for Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang start date: 3/17/03 end date: 4/22/03 C/R Peggy McNamara (ds) (Entered: 03/17/2003) |
| 03/17/2003 | 37 | MINUTES before Judge Frank C. Damrell Jr RE: status conference further status hearing set for 9:30 4/22/03 for Thomas Vinh Quach, for Khamaljit Singh Khera, for Duc Khiem Ngo; hearing re motion to revoke set for 9:30 3/31/03 for Thomas Vinh Quach , T2, T4 started for Thomas Vinh Quach, Khamaljit Singh Khera, Duc Khiem Ngo start date: 3/17/03 end date: 4/22/03 motion for revocation of pretrial release by USA [34-1] HEARING SET FOR 9:30 4/14/03 as to dft Ngo; C/R Peggy McNamara (ds) (Entered: 03/17/2003) |
| 03/18/2003 | | LODGED application to magistrate judge to stay order authorizing release as to dft Quach by plaintiff (ds) (Entered: 03/19/2003) |
| 03/18/2003 | 39 | MAIL returned [17-1] addressed to Roy Lefcourt, attorney for defendant Giap Huu Lien (ds) (Entered: 03/19/2003) |

| 03/19/2003 | 40 | TRANSCRIPT of 3/14/03 detention hearing by C/R ECRO (bd) (Entered: 03/20/2003) |
| 03/20/2003 | 43 | NOTICE by plaintiff regarding recording of Lis Pendens Notice (ds) (Entered: 03/21/2003) |
| 03/21/2003 | 41 | ORDER GRANTING STAY OF PRIOR ORDER AUTHORIZING RELEASE OF DFT THOMAS VINH QUACH by Magistrate Judge Gregory G. Hollows ORDERING the release order for dft Thomas Vinh Quach [24-1] be STAYED pending the disposition of the government's motion to revoke such order (cc: all counsel) (pw) (Entered: 03/21/2003) |
| 03/21/2003 | 42 | ORDER by Magistrate Judge Gregory G Hollows: defendant is ordered DETAINED as a flight risk (cc: all counsel) (mm1) (Entered: 03/21/2003) |
| 03/21/2003 | 44 | RETURNED MAIL [23-1] addressed to attorney for defendant Giap Huu Lien (ds) (Entered: 03/24/2003) |
| 03/21/2003 | 45 | RETURNED MAIL [22-2] addressed to attorney for defendant Giap Huu Lien (ds) (Entered: 03/24/2003) |
| 03/24/2003 | | RESERVICE OF DOCUMENT(S) order [23-1], order [22-2] addressed to attorney for defendant Giap Huu Lien (cc: all counsel) (ds) (Entered: 03/24/2003) |
| 03/26/2003 | 46 | RETURNED MAIL [35-1] addressed to counsel for V Roy Lefcourt for defendant Giap Huu Lien (crf) (Entered: 03/27/2003) |
| 03/26/2003 | 47 | NOTICE OF MOTION and MOTION to revoke magistrate judge's order granting pre-trial release by USA as to Thomas Vinh Quach; hearing SET for 9:30 3/31/03 (daw) (Entered: 03/27/2003) |
| 03/26/2003 | 48 | SUPERSEDING indictment as to Giap Huu Lien (1) count(s) 1s, 2s, 4s, 5s, 6s, 9s, Hiep Huu Lien (2) count(s) 1s, 6s, 7s, 8s, Chau Minh Dang (3) count(s) 1s, 4s, 6s, 9s, Thomas Vinh Quach (4) count(s) 1s, 7s, Khamaljit Singh Khera (5) count(s) 1s, Duc Khiem Ngo (6) count(s) 1s, 2s, 3s, 5s, 9s, Mike Huu Nguyen (7) count(s) 1, 10, Khoa Dang Tran To (8) count (s) 1, 11 (nac) (Entered: 03/31/2003) |
| 03/26/2003 | | NOTICE OF MOTION AND MOTION to seal superseding indictment by pltf by USA (nac) (Entered: 03/31/2003) |
| 03/26/2003 | | NOTICE OF MOTION AND MOTION to seal superseding indictment as to all dfts by pltf by USA (nac) (Entered: 03/31/2003) |
| 03/26/2003 | 49 | NOTICE OF MOTION AND MOTION TO SEAL SUPERSEDING INDICTMENT by plaintiff [48-1] (nac) (Entered: 03/31/2003) |
| 03/26/2003 | 50 | ORDER SEALING SUPERSEDING INDICTMENT by Magistrate Judge Gregory G. Hollows (cc: all counsel) (nac) (Entered: 03/31/2003) |
| 03/26/2003 | 51 | SEALING ORDER by Magistrate Judge Gregory G. Hollows ORDERING case to be sealed until the first arrest of one of the last two dfts listed in the indictment caption or until further order of the court(cc: |

| | | all counsel) (nac) (Entered: 03/31/2003) |
|---|---|---|
| 03/26/2003 | | ARREST Warrant issued for Mike Huu Nguyen, Khoa Dang Tran To by Magistrate Judge Gregory G. Hollows; NO BAIL (nac) (Entered: 03/31/2003) |
| 03/28/2003 | 52 | MINUTES before Magistrate Judge Gregory G. Hollows dft Mike Huu Nguyen, and Khoa Dang Tran To arraigned; NOT GUILTY plea entered; Attorney Timothy E Warriner, Michael D Long present ; Dfts advised of their rights and the charges; Dfts request a detention hearing; Detention hearing SET for 2:00 04/03/03 for both dfts; status conference SET for 9:30 4/22/03 for both dfts ; Dft ordered detained until detention hearing; C/R ECRO (nac) (Entered: 03/31/2003) |
| 03/31/2003 | 53 | MINUTES before Judge Frank C. Damrell Jr: dfts present and in custody; motion to revoke magistrate judge's order granting pre-trial release by USA [47-1] HEARING RESET FOR 9:30 4/14/03; stay to continue, dft to submit briefing w/i 4/7/03, govt reply due 4/10/03; motion for revocation of magistrate's order granting pretrial release by USA [16-1] GRANTED; dft Dang not to be released; E started for Chau Minh Dang, Thomas Vinh Quach start date: 3/31/03 end date: 4/14/03 ; appearances by Anne Pings for govt; Ricahrd Pointer for dft Dang and Danny Brace for dft Quach C/R P. McNamara (daw) (Entered: 04/01/2003) |
| 04/01/2003 | 54 | ARREST Warrant returned executed as to defendant Khoa Dang Tran To; defendant arrested on 3/27/03 (crf) (Entered: 04/02/2003) |
| 04/01/2003 | 55 | ARREST Warrant returned executed as to defendant Mike Huu Nguyen; defendant arrested on 3/27/03 (crf) (Entered: 04/02/2003) |
| 04/03/2003 | 56 | MINUTES before Magistrate Judge Dale A. Drozd RE: detention hearing; dft present and in custody; counsel previously appt; govt does not object to release of dft Khoa Dang Tran To with conditions of PTS release; additional condition that dft not have contact with co-dfts outside the presence of counsel and drug testing; dft counsel request release on bond secured by real property and PTS supervision; after hearing, Court ordered dft released on $100,000 bond, partially secured by posting of equity in parents home and posting of $5,500 case from wife's retirement program account; remainder to be unsecured, co-signed by dft, dft's wife and parents; dft to comply with all special and standard PTS conditions of release; dft to surrender all foreign and domestic travel documents to Clerk; dft advised of FTA; Court to execute release order upon posting of bond docs; appearaces by Michael Long for dft and Anne Pings C/R ECRO (daw) (Entered: 04/04/2003) |
| 04/03/2003 | 57 | MINUTES before Magistrate Judge Dale A. Drozd RE: detention hearing; dft present and in custody; counsel previously appointed; govt continues to seek detention of dft; dft counsel request release on bond secured by real property and PTS supervision; govt offered proffer; after hearing, for reasons stated on the record, Court ordered dft detained; appearances by Tim Warriner for dft and Anne Pings C/R ECRO (daw) |



| | | |
|---|---|---|
| | | (Entered: 04/04/2003) |
| 04/03/2003 | 58 | ORDER of Detention of Mike Huu Nguyen by Magistrate Judge Dale A. Drozd (daw) (Entered: 04/04/2003) |
| 04/04/2003 | 59 | NOTICE by plaintiff regarding recording of lis pendens for property located at 2299 Pisa Circle Stockton CA (ds) (Entered: 04/07/2003) |
| 04/04/2003 | 60 | NOTICE by plaintiff regarding recording of lis pendens for property located at 4123 Roma Lane Stockton CA (ds) (Entered: 04/07/2003) |
| 04/04/2003 | 61 | NOTICE by plaintiff regarding recording of lis pendens for property located at 3155 Cynthia Court Tracy CA (ds) (Entered: 04/07/2003) |
| 04/04/2003 | 62 | NOTICE by plaintiff regarding recording of lis pendens for property located at 13450 Applewood Way Lathrop CA (ds) (Entered: 04/07/2003) |
| 04/09/2003 | 63 | OPPOSITION by defendant Duc Khiem Ngo to motion for revocation of pretrial release by USA [34-1] (ds) (Entered: 04/10/2003) |
| 04/14/2003 | 64 | MINUTES before Judge Frank C. Damrell Jr motion for revocation of pretrial release by USA as to dft Ngo [34-1] DENIED; dft to remain in custody; motion to revoke magistrate judge's order granting pre-trial release by USA as to dft Quach [47-1] DENIED; C/R Peggy McNamara (ds) (Entered: 04/15/2003) |
| 04/18/2003 | 65 | CJA Form 23 (Financial Affidavit) as to Khoa Dang Tran To (ds) (Entered: 04/21/2003) |
| 04/21/2003 | 66 | CJA Form 20 (Attorney Payment Voucher) by Attorney Michael D Long for Khoa Dang Tran To (ds) (Entered: 04/21/2003) |
| 04/22/2003 | 67 | NOTICE of hearing (MEMORANDUM) a superseding indictment has been returned in this case adding 2 new defendants; defendants nee dto be arraigned on the superseding indictment; this matter is set for arraignment at 2:00 on 04/22/03 (sk) (Entered: 04/23/2003) |
| 04/22/2003 | 68 | MINUTES before Magistrate Judge John F. Moulds RE: Arraignment dft Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang arraigned; NOT GUILTY plea entered; Attorney Patrick McCarthy present for all defendants , status hearing previously set for 6/9/03 for defendants Giap Huu Lien, for Hiep Huu Lien, for Chau Minh Dang ; jury request; ECRO Dona Euler tape 1 of 1 (sk) (Entered: 04/23/2003) |
| 04/22/2003 | 69 | MINUTES before Magistrate Judge John F. Moulds RE: Arraignment dft Thomas Vinh Quach, Khamaljit Singh Khera, Duc Khiem Ngo arraigned; NOT GUILTY plea entered; Attorney Patrick McCarthy present appearing for all defendants , status hearing previously set for 6/9/03 for defenants Thomas Vinh Quach, Khamaljit Singh Khera, Duc Khiem Ngo ECRO Dona Euler tape 1 of 1 (sk) (Entered: 04/23/2003) |
| 04/22/2003 | 70 | MINUTES before Judge Frank C. Damrell Jr RE: status conference further status hearing set for 9:30 6/9/03 for Mike Huu Nguyen, for Khoa |

| | | Dang Tran To , T2, T4 started for Mike Huu Nguyen start date: 4/22/03 end date: 6/9/03 , T2, T4 started for Khoa Dang Tran To start date: 4/22/03 end 6/9/03 ; all dfts to be arraigned on superseding indictment before the Magistrate Judge on 4/22/03; C/R Peggy McNamara (ds) (Entered: 04/23/2003) |
|---|---|---|
| 04/22/2003 | 71 | MINUTES before Judge Frank C. Damrell Jr RE: status conference further status hearing set for 9:30 6/9/03 for Thomas Vinh Quach, for Khamaljit Singh Khera, for Duc Khiem Ngo , T2, T4 started for Thomas Vinh Quach, Khamaljit Singh Khera, Duc Khiem Ngo start date: 4/22/03 end date: 6/9/03 ; all dfts to be arraigned on the superseding indictment before the Magistrate Judge on 4/22/03; C/R Peggy McNamara (ds) (Entered: 04/23/2003) |
| 04/22/2003 | 72 | MINUTES before Judge Frank C. Damrell Jr RE: status conference further status hearing set for 9:30 6/9/03 for Giap Huu Lien, for Hiep Huu Lien, for Chau Minh Dang , T2, T4 started for Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang start date: 4/22/03 end date: 6/9/03 ; all dfts to be arraigned on superseding indictment before magistrate judge on 4/22/03; C/R Peggy McNamara (ds) (Entered: 04/23/2003) |
| 04/22/2003 | 73 | NOTICE by plaintiff USA regarding recording of lis pendens re property located at 3423 Dayton Common Fremont CA (ds) (Entered: 04/23/2003) |
| 04/28/2003 | 74 | TRANSCRIPT of 4/3/03 hearing on detention hearing as to defendants Mike Huu Nguyen and Khoa Dang Tran To by C/R Dona Euler (crf) (Entered: 04/29/2003) |
| 05/02/2003 | 75 | CJA Form 23 (Financial Affidavit) as to Mike Huu Nguyen (ds) (Entered: 05/05/2003) |
| 05/02/2003 | 76 | CJA Form 20 (Attorney Payment Voucher) by Attorney Timothy Warriner for Mike Huu Nguyen (kdc) (Entered: 05/05/2003) |
| 05/14/2003 | 77 | ORDER FOR RELEASE OF PERSON IN CUSTODY by Magistrate Judge Dale A. Drozd for Khoa Dang Tran To (mdp) (Entered: 05/15/2003) |
| 05/14/2003 | 78 | NOTICE TO DEFENDANT being released as to defendant Khoa Dang Tran To (mdp) (Entered: 05/15/2003) |
| 05/14/2003 | 79 | BOND ($100,000.00/Appearance Bond) by Khoa Dang Tran To (mdp) (Entered: 05/15/2003) |
| 05/14/2003 | 80 | RECEIPT of cash bail for defendant Khoa Dang Tran To; Receipt # 205 4629 (kdc) (Entered: 05/16/2003) |
| 05/15/2003 | 81 | NOTICE by Pltf USA of related case(s) 02SW185, 03CR97, 03CR137 (lm) (Entered: 05/19/2003) |
| 05/19/2003 | 82 | UNSECURED APPEARANCE BOND ($82,000) by Linda Tang (crf) (Entered: 05/20/2003) |
| 05/19/2003 | 83 | UNSECURED APPEARANCE BOND ($82,000) by Diane Bich Tran |

| | | (crf) (Entered: 05/20/2003) |
|---|---|---|
| 05/19/2003 | 84 | UNSECURED APPEARANCE BOND ($82,000) by Binh Luong (crf) (Entered: 05/20/2003) |
| 05/20/2003 | 85 | NOTICE RE PASSPORT (courtesy copy) pursuant to court order issued 4/3/03 the dft Khoa Dang Tran is not to apply for the issuance of a passport during the pendency of this action (crf) (Entered: 05/21/2003) |
| 05/27/2003 | 86 | RELATED CASE ORDER by Judge Frank C. Damrell Jr: the action denominated CR S-03-0097 WBS is REASSIGNED to Judge Frank C Damrell for all further proceedings and any dates currently set in the reassigned case are VACATED; the caption on all documents filed in the reassigned case shall be shown as CR S-03-0097 FCD; the Clerk shall make the appropriate adjustment in the assignment of criminal cases to compensate for this reassignment (cc: all counsel) (ds) (Entered: 05/27/2003) |
| 06/09/2003 | 87 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing SET for 9:30 8/18/03 for Giap Huu Lien, Hiep Huu Lien, and Chau Minh Dang ; T2 and T4 started for Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang start date: 6/9/03 end date: 8/18/03 ; C/R K Rutherdale Diamond Reporter (crf) Modified on 06/11/2003 (Entered: 06/10/2003) |
| 06/09/2003 | 88 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing set for 9:30 8/18/03 for Thomas Vinh Quach, Khamaljit Singh Khera, and Duc Khiem Ngo ; Johnny Griffin III Substituted for dft Khera; Court signed substitution of counsel in open court; T2 and T4 started for Thomas Vinh Quach, Khamaljit Singh Khera, Duc Khiem Ngo start date: 6/9/03 end date: 8/18/03 ; C/R K Rutherdale (crf) (Entered: 06/10/2003) |
| 06/09/2003 | 89 | ORDER by Judge Frank C. Damrell Jr withdrawing attorney Jesse J Garcia for Khamaljit Singh Khera and substituting attorney Johnny Lewis Griffin III (cc: all counsel) (crf) (Entered: 06/10/2003) |
| 06/09/2003 | 90 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing set for 9:30 8/11/03 for Mike Huu Nguyen, Khoa Dang Tran To ; Mr Doron Weinberg substituted in as retained counsel for dft Mike Nguyen; substitution signed in court; T2 and T4 started for Mike Huu Nguyen, Khoa Dang Tran To start date: 6/9/03 end date: 8/11/03 ; C/R K Rutherdale (crf) (Entered: 06/10/2003) |
| 06/09/2003 | 91 | ORDER by Judge Frank C. Damrell Jr withdrawing attorney Timothy E Warriner for Mike Huu Nguyen and substituting attorney Doron Weinberg (cc: all counsel) (crf) (Entered: 06/10/2003) |
| 08/14/2003 | 92 | NOTICE of hearing by Mike Huu Nguyen bail review hearing set for 2:00 8/15/03 for Mike Huu Nguyen (cc: all counsel) (old) (Entered: 08/14/2003) |
| 08/15/2003 | 93 | MINUTES before Magistrate Judge Dale A. Drozd RE: bail review; The |

| | | court ordered defendant released on a $260,000 collateral bond secured by real property; Court to execute release order upon the posting of the bond documents; Defendant shall surrender any travel documents foreign or domestic to the clerk of the court; C/R Dona Euler, CD (old) (Entered: 08/18/2003) |
|---|---|---|
| 08/18/2003 | 94 | MINUTES before Judge Frank C. Damrell Jr; dfts present and in custody; further status hearing SET for 9:30 10/27/03 for Giap Huu Lien, for Hiep Huu Lien, and for Chau Minh Dang ; T4 started for Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang start date: 8/18/03 end date: 10/27/03 ; appearances by D Levine for Lefourt, J Patrick McCarthy and J McCarthy for Richard Pointer and Anne Pings for AUSA; C/R C. Bodene (daw) Modified on 08/19/2003 (Entered: 08/19/2003) |
| 08/18/2003 | 95 | MINUTES before Judge Frank C. Damrell Jr; dfts present and in custody; further status hearing SET for 9:30 10/27/03 for Thomas Vinh Quach, for Khamaljit Singh Khera, and for Duc Khiem Ngo ; T2 started for Thomas Vinh Quach, Khamaljit Singh Khera, Duc Khiem Ngo start date: 8/18/03 end date: 10/27/03 ; appearances by Danny Brace, Johnny Griffin III and Deborah Levine for dfts and Anne Pings for AUSA; C/R C. Bodene (daw) (Entered: 08/19/2003) |
| 08/18/2003 | 96 | MINUTES before Judge Frank C. Damrell Jr; dfts present and in custody; further status hearing SET for 9:30 10/27/03 for Mike Huu Nguyen, and for Khoa Dang Tran To ; T2 started for Mike Huu Nguyen, Khoa Dang Tran To start date: 8/18/03 end date: 10/27/03 ; appearances by J McCarthy for Doron Weiberg and Michael Long for dfts; Anne Pings for AUSA; C/R C. Bodene (daw) (Entered: 08/19/2003) |
| 08/18/2003 | 97 | NOTICE TO DEFENDANT being released as to defendant Mike Huu Nguyen (mdp) (Entered: 08/19/2003) |
| 08/28/2003 | 98 | NOTICE by plaintiff USA regarding documentation re posting of Real Property to Secure Bond for dft Mike Nguyen (crf) (Entered: 08/29/2003) |
| 08/28/2003 | 99 | ORDER FOR RELEASE OF PERSON IN CUSTODY by Magistrate Judge Dale A. Drozd for Mike Huu Nguyen (crf) (Entered: 08/29/2003) |
| 09/16/2003 | 100 | NOTICE by plaintiff of related case CR-S-03-103 FCD (ds) (Entered: 09/17/2003) |
| 09/30/2003 | 101 | NOTICE by Pltf USA of related case(s) CV-S-03-1936 FCD (lm) (Entered: 10/01/2003) |
| 10/27/2003 | 102 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing set for 9:30 1/26/04 for defendants Giap Huu Lien, Hiep Huu Lien, and Chau Minh Dang , T4 and T2 started for defendants Giap Huu Lien, Hiep Huu Lien, and Chau Minh Dang start date: 10/27/03 end date: 01/26/04 C/R Cathie Bodene (sk) (Entered: 10/28/2003) |
| 10/27/2003 | 103 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing set for 9:30 1/26/04 for defendants Thomas Vinh |

| | | Quach, Khamaljit Singh Khera, and Duc Khiem Ngo , T4 and T2 started for defendants Thomas Vinh Quach, Khamaljit Singh Khera, Khiem Ngo start date: 10/27/03 end date: 01/26/04 C/R Cathie Bodene (sk) (Entered: 10/28/2003) |
|---|---|---|
| 10/27/2003 | 104 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing set for 9:30 1/26/04 for defendants Mike Huu Nguyen and Khoa Dang Tran To , T4 and T2 started for Mike Huu Nguyen, Khoa Dang Tran To start date: 10/27/03 end date: 01/26/04 C/R Cathie Bodene (sk) (Entered: 10/28/2003) |
| 10/27/2003 | | LODGED reconveyance re defendant Chau Minh Dang (kdc) (Entered: 10/28/2003) |
| 11/13/2003 | 105 | RECONVEYANCE of Property Deed posted by defendant Chau Minh Dang (ds) (Entered: 11/13/2003) |
| 01/16/2004 | 106 | TRANSCRIPT of 3/6/03 hearing regarding detention (testimony of Lisa Noh) as to defendants Giap Huu Lien, and Hiep Huu Lien by C/R Petrilla Reporting and Transcription (mdk) (Entered: 01/20/2004) |
| 01/21/2004 | 107 | ORDER by Judge Frank C. Damrell Jr request for dismissal of asset subject to forfeiture in the forfeiture allegation of the superseding indictment GRANTED; Item 2c Real property located at 2209 Yarnell Way, Elk Grove, CA 95758, APN: 119-1890-020 (cc: all counsel) (daw) (Entered: 01/21/2004) |
| 01/26/2004 | 108 | MINUTES before Judge Frank C. Damrell Jr; dfts Mike Huu Nguyen and Khoa Dang Tran To present and released on bail; further status hearing SET for 9:30 4/29/04 for Mike Huu Nguyen and Khoa Dang To , T4 started for Mike Huu Nguyen, Khoa Dang Tran To start date: 1/26/04 end date: 4/19/04 ; appearances by Anne Pings for AUSA and D. Levin for Doron Wieberg for dft Nguyen and Michael Long for dft Tran To; C/R M. Babbitt (daw) (Entered: 01/27/2004) |
| 01/26/2004 | 109 | MINUTES before Judge Frank C. Damrell Jr; dfts Giap Hyuu Lien, Hiep Huu Lien, Chau Minh Dang, Thomas Quach, Khamaljit Singh Khera and Duc Ngo present and in custody; further status hearing SET for 9:30 4/19/04 for Giap Huu Lien, for Hiep Huu Lien, for Chau Minh Dang, for Thomas Vinh Quach, for Khamaljit Singh Khera, for Duc Khiem Ngo for plea or trial setting; T4 started for Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang, Thomas Vinh Quach, Khamaljit Singh Khera, Duc Khiem Ngo start date: 1/26/04 end date: 4/19/04 ; appearances by Anne Pings for AUSA and D. Levine for Lefourt for dft Giap Hyuu Lien, J Patrick McCarthy for dft Hiep Huu Lien, J McCarthy for Richard Pointer for dft Chau Minh Dang, Danny Brace for dft Thomas Quach, Johnny Griffin III for dft Khamaljit Singh Khera and Deborah Levine for dft Duc Ngo; C/R M. Babbitt (daw) (Entered: 01/27/2004) |
| 03/10/2004 | 110 | NOTICE regarding dft Mike Huu Nguyen is not permitted to apply for the issuance of a passport during the pendency of this action (daw) (Entered: 03/11/2004) |
| | | |

| 04/01/2004 | 111 | ORDER by Magistrate Judge Dale A. Drozd USA's ex parte motion to have dft Nguyen brought before the court for motion on revocation of pre-trial release GRANTED; in-court hearing SET for 2:00 4/2/04 for Mike Huu Nguyen (cc: all counsel) (daw) (Entered: 04/01/2004) |
|---|---|---|
| 04/02/2004 | 112 | AMENDED SPECIAL CONDITIONS OF RELEASE (mdp) (Entered: 04/05/2004) |
| 04/02/2004 | 113 | MINUTES before Magistrate Judge Dale A. Drozd of VIOLATION HEARING; After hearing, court ordered modification of pretrial release to include random urine samples personally to Pretrial Services staff in Norther California as frequently as possible, any positive urine samples, including presumptive findings, shall be reported immediately to the court in-court hearing continued to 2:00 4/16/04 for Mike Huu Nguyen for further hearing on Government's motion for pretrial release revocation (mdp) (Entered: 04/05/2004) |
| 04/16/2004 | 114 | SECOND AMENDED SPECIAL CONDITIONS OF RELEASE as to defendant Mike Huu Nguyen (mdp) (Entered: 04/19/2004) |
| 04/16/2004 | 115 | MINUTES before Magistrate Judge Dale A. Drozd of VIOLATION HEARING; After hearing, Court modified conditions of release to frequency of testing; Court ordered defendant admitted in an inpatient drug treatment program by close of business 04/23/04; C/R Dona Euler, CD#1 (mdp) (Entered: 04/19/2004) |
| 04/19/2004 | 116 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing SET for 9:30 7/12/04 for dfts Giap Huu Lien, Hiep Huu Lien, and Chau Minh Dang ; T2 and T4 started for Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang start date: 4/19/04 end date: 7/12/04 ; C/R Pat Hernandez (crf) (Entered: 04/20/2004) |
| 04/19/2004 | 117 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference status hearing held on 4/19/04, TCH SET for 9:30 9/7/04, jury trial SET for 1:30 9/27/04 as to dft Khamaljit Singh Khera ; T2 and T4 started for Khamaljit Singh Khera start date: 4/19/04 end date: 7/12/04 ; C/R Pat Hernandez (crf) (Entered: 04/20/2004) |
| 04/19/2004 | 118 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing SET for 9:30 7/12/04 for Thomas Vinh Quach and Duc Khiem Ngo ; T2 and T4 started for Thomas Vinh Quach, Duc Khiem Ngo start date: 4/19/04 end date: 7/12/04 ; C/R Pat Hernandez (crf) (Entered: 04/20/2004) |
| 04/19/2004 | 119 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing SET for 9:30 7/12/04 for Mike Huu Nguyen and Khoa Dang Tran To ; T2 and T4 started for Mike Huu Nguyen and Khoa Dang Tran To start date: 4/19/04 end date: 7/12/04 ; C/R Pat Hernandez (crf) (Entered: 04/20/2004) |
| 07/09/2004 | | LODGED stipulated request for continuance of status conference (ds) (Entered: 07/12/2004) |
| | | |

| 07/12/2004 | 120 | MINUTES before Judge Frank C. Damrell Jr; dfts present; dfts Chau Minh Dang and Duc No in custody; dfts Mike Huu Nguyen and Khoa Dang Tran To released on bail; entry of pleas SET for 2:30 8/30/04 for Chau Minh Dang, for Duc Khiem Ngo, for Mike Huu Nguyen, and for Khoa Dang Tran To ; T2 and T4 started for Chau Minh Dang, Duc Khiem Ngo, Mike Huu Nguyen, and Khoa Dang Tran To start date: 7/12/04 end date: 8/30/04 ; ASUA to notify dft counsel Pointer that a written stipulation will be submitted w/i 5 days for exlcudable time and new hearing date; appearances by Anne Pings for AUSA and Deborah Levine and Michael Long for dfts; C/R M. Babbitt (daw) (Entered: 07/13/2004) |
| 07/13/2004 | 121 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr status hearing CONTINUED TO 9:30 8/30/04 for Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang, Thomas Vinh Quach, Duc Khiem Ngo, Mike Huu Nguyen, Khoa Dang Tran To , T4 started for Giap Huu Lien, Hiep Huu Lien, Chau Minh Dang, Thomas Vinh Quach, Khamaljit Singh Khera, Duc Khiem Ngo, Mike Huu Nguyen, Khoa Dang Tran To start date: 7/12/04 end date: 8/30/04 (cc: all counsel) - (ds) (Entered: 07/13/2004) |
| 07/16/2004 | | LODGED Stipulation and Proposed Order for continuance of status conference by defendant Chau Minh Dang (sk) (Entered: 07/19/2004) |
| 07/20/2004 | | LODGED stipulation and order re trial date by defendant Khamaljit Singh Khera, plaintiff USA (ds) (Entered: 07/21/2004) |
| 07/27/2004 | 122 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr status hearing CONTINUED TO 2:30 8/30/04 for Chau Minh Dang , T4 started for Chau Minh Dang start date: 7/12/04 end date: 8/30/04 (cc: all counsel) - (ds) (Entered: 07/27/2004) |
| 07/27/2004 | 123 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr trial confirmation hearing set for 9:30 11/15/04 for Khamaljit Singh Khera; jury trial set for 1:30 12/6/04 for Khamaljit Singh Khera , T2, T4 started for Khamaljit Singh Khera start date: 7/26/04 end date: 12/6/04 (cc: all counsel) - (ds) (Entered: 07/27/2004) |
| 08/25/2004 | | LODGED stipulated request for continuance by defendant Hiep Huu Lien (ds) (Entered: 08/26/2004) |
| 08/26/2004 | | LODGED Notice of related case; CR-S-04-322 GEB by plaintiff USA (sk) (Entered: 08/26/2004) |
| 08/26/2004 | 124 | ORDER by Judge Frank C. Damrell Jr ORDERING that the case CR S-04-322 GEB shall be assigned to Judge Frank C Damrell Jr for all further proceedings and any dates currently set in the reassigned case are vacated; it is further ordered that the clerk shall make the appropriate adjustment in the assignment of criminal cases to compensate for this reassignment (cc: all counsel) (ds) (Entered: 08/26/2004) |
| 08/26/2004 | | LODGED stipulated request and proposed order granting continuance and finding of excludable time by defendant Hiep Huu Lien; Affidavit of |

| | | |
|---|---|---|
| | | J Patrick McCarthy in support thereof (crf) (Entered: 08/27/2004) |
| 08/30/2004 | 127 | PLEA Agreement as to Mike Huu Nguyen (ds) (Entered: 08/31/2004) |
| 08/30/2004 | 128 | WAIVER of indictment by defendant Mike Huu Nguyen (ds) (Entered: 08/31/2004) |
| 08/30/2004 | 129 | SUPERSEDING Information as to Mike Huu Nguyen (7) count(s) 1s (ds) (Entered: 08/31/2004) |
| 08/30/2004 | 130 | MINUTES before Judge Frank C. Damrell Jr RE: change of plea guilty plea entered by Mike Huu Nguyen (7) count(s) 1s , change of plea hearing held on 8/30/04 as to Mike Huu Nguyen sentencing hearing set for 9:30 11/15/04 for Mike Huu Nguyen ; dft to remain on bail; C/R Michelle Babbitt (ds) (Entered: 08/31/2004) |
| 08/30/2004 | 131 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Mike Huu Nguyen (ds) (Entered: 08/31/2004) |
| 08/30/2004 | 132 | MINUTES before Judge Frank C. Damrell Jr RE: status conference status conference held on 8/30/04 as to defendant Duc Khiem Ngo change of plea hearing set for 9:30 9/7/04 for Duc Khiem Ngo , T4 started for Duc Khiem Ngo start date: 8/30/04 end date: 9/7/04 C/R Michelle Babbit (ds) (Entered: 08/31/2004) |
| 08/30/2004 | 133 | PLEA Agreement as to Chau Minh Dang (ds) (Entered: 08/31/2004) |
| 08/30/2004 | 134 | MINUTES before Judge Frank C. Damrell Jr RE: change of plea hearing change of plea hrg held on 8/30/04 as to defendant Chau Minh Dang sentencing hearing set for 9:30 11/15/04 for Chau Minh Dang ; dft to remain in custody; C/R Michelle Babbitt (ds) (Entered: 08/31/2004) |
| 08/30/2004 | 135 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Chau Minh Dang (ds) (Entered: 08/31/2004) |
| 08/30/2004 | 136 | MINUTES before Judge Frank C. Damrell Jr RE: status conference further status hearing set for 9:30 11/29/04 for Khoa Dang Tran To , withdrawing attorney Michael Long and substituting attorney Lorilee Gates for dft Khoa To , T4, T2 started for Khoa Dang Tran To start date: 8/30/04 end date: 11/29/04 C/R Michelle Babbitt (ds) (Entered: 08/31/2004) |
| 08/31/2004 | 125 | ORDER by Judge Frank C. Damrell Jr withdrawing attorney Michael D Long for Khoa Dang Tran To and substituting attorney Lorilee Miller Gates (cc: all counsel) (ds) (Entered: 08/31/2004) |
| 08/31/2004 | 126 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr status hearing CONTINUED TO 9:30 11/29/04 for Hiep Huu Lien, Giap Huu Lien, and Thomas Vinh Quach , T4 started for Giap Huu Lien, Hiep Huu Lien, Thomas Vinh Quach start date: 8/30/04 end date: 11/29/04 (cc: all counsel) - (ds) (Entered: 08/31/2004) |
| 09/07/2004 | 137 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference status hearing held on 9/7/04 and entry/plea hearing SET for 9:30 11/1/04 |

| | | for Duc Khiem Ngo ; T2 and T4 started for Duc Khiem Ngo start date: 9/7/04 end date: 11/1/04 ; C/R Michelle Babbitt (crf) (Entered: 09/08/2004) |
|---|---|---|
| 10/12/2004 | 138 | WAIVER of right to separate counsel by defendant Thomas Vinh Quach (crf) (Entered: 10/13/2004) |
| 10/14/2004 | 139 | SUPERSEDING Information as to Giap Huu Lien (1) count(s) 1ss, 2ss, Hiep Huu Lien (2) count(s) 1ss, 2ss (daw) (Entered: 10/15/2004) |
| 10/20/2004 | 140 | MEMORANDUM from USPO sentencing hearing RESET for 9:30 1/3/05 for Mike Huu Nguyen ; all other sentencing related deadlines adjusted accordingly (cc: all counsel) (ds) (Entered: 10/21/2004) |
| 10/20/2004 | 141 | MEMORANDUM by USPO sentencing hearing CONTINUED TO 9:30 1/10/05 for Chau Minh Dang ; all other sentencing related deadlines adjusted accordingly (cc: all counsel) (ds) (Entered: 10/21/2004) |
| 10/22/2004 | 142 | MEMORANDUM by USPO sentencing hearing RESET for 9:30 1/4/05 for Mike Huu Nguyen (cc: all counsel) (ds) (Entered: 10/25/2004) |
| 10/28/2004 | | LODGED stipulation and order by defendant Duc Khiem Ngo to continue hearing (old) (Entered: 10/29/2004) |
| 11/03/2004 | 143 | NOTICE of hearing by Duc Khiem Ngo, approved by CRD Status hearing is CONTINUED from 11/1/04 to 9:30 1/10/05 for Chau Minh Dang ; The proposed Pre-Plea PSR shall be disclosed to counsel no later than 12/27/04 (lm) (Entered: 11/03/2004) |
| 11/03/2004 | 144 | STIPULATION AND ORDER by Judge Frank C Damrell Jr ORDERING that the Request for continuance is GRANTED; Change of plea hearing is CONTINUED from 11/1/04 to 9:30 1/10/05 for Duc Khiem Ngo ; Excludable T4 started for Duc Khiem Ngo start date: 11/1/04 end date: 1/10/05 (cc: all counsel) - (lm) (Entered: 11/03/2004) |
| 11/15/2004 | 145 | MINUTES before Judge Frank C Damrell Jr RE: Trial Confirmation Dft present in custody; Further Status hearing set for 9:30 12/6/04 for Khamaljit Singh Khera ; Jury trial of 12/6/04 is VACATED; Excludables T2 and T4 started for Khamaljit Singh Khera start date: 11/15/04 end date: 12/6/04 C/R Michelle Babbitt (lm) (Entered: 11/16/2004) |
| 11/22/2004 | | LODGED stipulation and proposed order to vacate trial date and continue trial to 3/1/05 (daw) (Entered: 11/22/2004) |
| 11/24/2004 | 146 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr lodged stipulation to vacate/reset trial date is GRANTED jury trial RESET for 9:00 3/1/05 for Khamaljit Singh Khera trial confirmation hearing set for 9:30 2/7/05 for Khamaljit Singh Khera , T2 and T4 started for Khamaljit Khera start date: 12/06/04 end date: 03/01/05 (cc: all counsel) - (sk) (Entered: 11/24/2004) |
| 11/29/2004 | 147 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status conference SET for 9:30 3/7/05 for Khoa Dang Tran To ; T4 started for Khoa Dang Tran To start date: 11/29/04 end date: 3/7/05 ; |

| | | C/R Michelle Babbitt (crf) (Entered: 11/30/2004) |
|---|---|---|
| 11/30/2004 | 148 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr ORDERING that hearing CONTINUED to 9:30 1/24/05 for Giap Huu Lien, Hiep Huu Lien and Thomas Vinh Quach ; T4 started for Giap Huu Lien, Hiep Huu Lien and Thomas Vinh Quach start date: 11/29/04 end date: 1/24/05 (cc: all counsel) - (crf) (Entered: 11/30/2004) |
| 12/03/2004 | 149 | RETURNED MAIL [148-1], [148-2], [148-3] addressed to counsel for defendants Khamaljit Singh Khera and Thomas Vinh (crf) (Entered: 12/06/2004) |
| 12/15/2004 | 150 | MEMORANDUM by USA sentencing hearing RESET for 9:30 1/24/05 for Mike Huu Nguyen (cc: all counsel) (old) (Entered: 12/16/2004) |
| 01/10/2005 | 155 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:CHANGE of PLEA HEARING as to Duc Khiem Ngo held on 1/10/2005, CONTINUED TO 1/24/05 at defendant's request. ***Excludable T4 Start: 1/10/05 Stop: 1/24/05 Government Counsel Anne Pings present. Defense Counsel Deborah Levine present. Defendant present in custody.Court Reporter/CD Number: M. Babbitt. (Marcotte, D) (Entered: 01/13/2005) |
| 01/11/2005 | 151 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:SENTENCING held on 1/11/2005 for Chau Minh Dang (3), Count(s) 1s, Imprisonment of 84 mos, 60 mos TSR, $100 S/A, fine waived, recommendation for 500 hr drug program and facility in Sheridan, OR or other CA institution, special conditions (see J and C)., counts 4,6 and 9 DISMISSED on motion by govt. Chau Minh Dang terminated. Government Counsel Anne Pings present. Defense Counsel Richard Pointer present. Court Reporter/CD Number: M. Babbitt. Interpreter N/A present. (Waggoner, D) (Entered: 01/11/2005) |
| 01/11/2005 | 152 | Proposed MOTION for FORFEITURE of PROPERTY *Application and Order for Preliminary Order of Forfeiture* by USA as to Mike Huu Nguyen. (Attachments: # 1)(Pings, Anne) (Entered: 01/11/2005) |
| 01/11/2005 | 153 | CERTIFICATE of SERVICE by USA as to Mike Huu Nguyen (Pings, Anne) (Entered: 01/11/2005) |
| 01/12/2005 | 154 | PRELIMINARY ORDER OF FORFEITURE re: real property of dft Mike Huu Nguyen signed by Judge Frank C. Damrell Jr. on 1/11/2005. (Waggoner, D) (Entered: 01/12/2005) |
| 01/13/2005 | 156 | NOTICE *removing Jeffrey L. Staniels from the Service List* by Duc Khiem Ngo, Thomas Vinh Quach, Chau Minh Dang, Hiep Huu Lien, Giap Huu Lien, Khamaljit Singh Khera, Mike Huu Nguyen, Khoa Dang Tran To (Staniels, Jeffrey) (Entered: 01/13/2005) |
| 01/19/2005 | 157 | STIPULATION *Request for Continuance* by Giap Huu Lien (Brace, Danny) (Entered: 01/19/2005) |
| 01/20/2005 | 158 | ORDER as to Thomas Vinh Quach, Hiep Huu Lien, Giap Huu Lien, ***Excludable T4 Start: 1/20/05 Stop: 2/28/05; status conference set for |

| | | |
|---|---|---|
| | | 1/24/05 is VACATED; Change of Plea Hearing set for 2/28/2005 at 09:30 AM in Courtroom 2 (FCD); signed by Judge Frank C. Damrell Jr. on 1/20/05. (Marcotte, D) (Entered: 01/20/2005) |
| 01/21/2005 | ❶161 | JUDGMENT and COMMITMENT as to Chau Minh Dang signed by Judge Frank C. Damrell Jr. on 1/20/2005. (Waggoner, D) (Entered: 01/24/2005) |
| 01/24/2005 | ❶159 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.CHANGE of PLEA HEARING as to Duc Khiem Ngo held on 1/24/2005., Plea entered Guilty Count 1s. Sentencing set for 4/11/2005 at 09:30 AM in Courtroom 2 Government Counsel Anne Pings present. Defense Counsel Deborah Levine present. Court Reporter/CD Number: M. Babbitt. (Price, M) (Entered: 01/24/2005) |
| 01/24/2005 | ❶160 | SCHEDULE of DISCLOSURE for PSR as to Duc Khiem Ngo. (Price, M) (Entered: 01/24/2005) |
| 01/24/2005 | ❶162 | MAIL RETURNED: 154 Order of Forfeiture addressed to Alec Rose (Unable to Forward). (Forester, C) (Entered: 01/25/2005) |
| 01/24/2005 | ❶163 | JUDGMENT and COMMITMENT issued as to Chau Minh Dang (3). (Forester, C). (Entered: 01/25/2005) |
| 01/24/2005 | ❶164 | PLEA AGREEMENT as to Duc Khiem Ngo. (Forester, C) (Entered: 01/25/2005) |
| 01/24/2005 | ❶165 | MINUTES of Sentencing Hearing held 1/24/05 before Judge Frank C. Damrell Jr.:SENTENCING Mike Huu Nguyen (7) on Count(s) 1s to Imprisonment of 27 mos w/recommendation for Sheridan OR or CA facility and 500 hr BOP drug program; TSR 36 mos; S/A $100 due immediately; Fine $2,000 due immediately; See J&C for special conditions; defendant to surrender by 2pm 2/28/05. Count (s) 1 and 10 DISMISSED. Order of forfeiture Confirmed. All drug testing to continue until surrender date. Government Counsel Anne Pings present. Defense Counsel Doron Weiberg present. Court Reporter: Michelle Babbitt. (Forester, C) (Entered: 01/25/2005) |
| 02/07/2005 | ❶166 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.TRIAL CONFIRMATION HEARING as to Khamaljit Singh Khera held on 2/7/2005. T4 Start: 02/07/05 Stop: 3/01/05. Jury Selection set for 3/1/2005 at 01:30 PM Motion in Liminie Hearing set for 3/1/2005 at 09:00 AM in Courtroom 2.Trial briefs, proposed voir dire and jury instructions due 7 calendar days prior to trial. Motions in limine due 10 calendar days prior to trial and oppostions due by 2/24/05.Government Counsel Anne Pings present. Defense Counsel Johnny Griffin III present. Dft present in custody.Court Reporter/CD Number: Diane Shepherd. (Price, M) (Entered: 02/07/2005) |
| 02/10/2005 | ❶167 | JUDGMENT and COMMITMENT as to Mike Huu Nguyen signed by Judge Frank C. Damrell Jr. on 2/8/05. (Marcotte, D) (Entered: 02/10/2005) |
| | | |

| 02/10/2005 | ●168 | NOTICE of HEARING as to Thomas Vinh Quach, Hiep Huu Lien re: Change of Plea Hearing set for 2/28/2005 at 9:30 a.m. is RESET to 02:00 PM before Judge Frank C. Damrell Jr. The chg of plea set for dft Giap Lien shall remain as calendared on 2/28/05 at 9:30 a.m. (Price, M) (Entered: 02/10/2005) |
|---|---|---|
| 02/10/2005 | ●169 | AMENDED JUDGMENT and COMMITMENT as to Chau Minh Dang signed by Judge Frank C. Damrell Jr. on 2/8/05. (Marcotte, D) (Entered: 02/11/2005) |
| 02/19/2005 | ●170 | APPLICATION for FORFEITURE of PROPERTY *on Applewood Court, Lathrop* by USA as to Duc Khiem Ngo. (Pings, Anne) Modified on 2/22/2005 (Marcotte, D). (Entered: 02/19/2005) |
| 02/21/2005 | ●171 | PROPOSED VOIR DIRE by USA as to Khamaljit Singh Khera (Pings, Anne) (Entered: 02/21/2005) |
| 02/21/2005 | ●172 | TRIAL BRIEF by USA as to Khamaljit Singh Khera (Pings, Anne) (Entered: 02/21/2005) |
| 02/21/2005 | ●173 | MOTION IN LIMINE by USA as to Khamaljit Singh Khera. (Pings, Anne) (Entered: 02/21/2005) |
| 02/21/2005 | ●174 | MOTION IN LIMINE by USA as to Khamaljit Singh Khera. (Pings, Anne) Modified on 2/22/2005: Motion terminated, duplicative of docket entry #173 (Marcotte, D). (Entered: 02/21/2005) |
| 02/21/2005 | ●175 | PROPOSED VOIR DIRE by Khamaljit Singh Khera (Griffin, Johnny) (Entered: 02/21/2005) |
| 02/22/2005 | ●176 | PROPOSED JURY INSTRUCTIONS and VERDICT FORM by USA as to Khamaljit Singh Khera (Pings, Anne) Modified on 2/23/2005 (Marcotte, D). (Entered: 02/22/2005) |
| 02/22/2005 | ●177 | MOTION IN LIMINE *TO EXCLUDE EVIDENCE GOVERNMENT INTENDS TO OFFER FOR IMPEACHMENT* by Khamaljit Singh Khera. Motion Hearing set for 3/1/2005 at 09:00 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. (Griffin, Johnny) (Entered: 02/22/2005) |
| 02/23/2005 | ●178 | PRELIMINARY ORDER OF FORFEITURE as to Duc Khiem Ngo signed by Judge Frank C. Damrell Jr. on 2/23/05. (Price, M) (Entered: 02/23/2005) |
| 02/23/2005 | ●179 | NOTICE/PROOF OF PUBLICATION of order of forfeiture by USA as to Mike Huu Nguyen(Marcotte, D) (Entered: 02/23/2005) |
| 02/28/2005 | ●180 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:CHANGE of PLEA HEARING as to Giap Huu Lien held on 2/28/2005. Plea entered by Giap Huu Lien (1) Guilty Count 1ss, 2ss (Information). PSR ORDERED. Sentencing set for 5/31/2005 at 09:30 AM in Courtroom 2.Government Counsel Anne Pings present. Defense Counsel V. Roy Lefcourt present. Custody Status: in custody. Court Reporter/CD Number: C. Bodene. (Price, M) (Entered: 02/28/2005) |

| 02/28/2005 | ●181 | SCHEDULE of DISCLOSURE for PSR as to Giap Huu Lien. (Price, M) (Entered: 02/28/2005) |
|---|---|---|
| 02/28/2005 | ●182 | NOTICE OF RELATED CASE ORDER; this action is related with case # CR. S-05-0084 FCD, signed by Judge Frank C. Damrell Jr. on 2/25/05. (Kastilahn, A) (Entered: 02/28/2005) |
| 02/28/2005 | ●183 | REPLY/RESPONSE to United States of America by Mike Huu Nguyen, Mike Huu Nguyen *PETITION FOR HEARING TO ADJUDICATE VALIDITY OF INTEREST IN PROPERTY (WORLD SAVINGS BANK)* (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13) (Dutton, Sharon) (Entered: 02/28/2005) |
| 02/28/2005 | ●184 | PLEA AGREEMENT as to Giap Huu Lien (Forester, C) (Entered: 03/01/2005) |
| 02/28/2005 | ●185 | WAIVER of INDICTMENT by Giap Huu Lien (Forester, C) (Entered: 03/01/2005) |
| 02/28/2005 | ●186 | WAIVER of Conflict by Hiep Huu Lien (Forester, C) (Entered: 03/01/2005) |
| 02/28/2005 | ●187 | WAIVER of INDICTMENT by Hiep Huu Lien (Forester, C) (Entered: 03/01/2005) |
| 02/28/2005 | ●188 | PLEA AGREEMENT as to Hiep Huu Lien (Forester, C) (Entered: 03/01/2005) |
| 02/28/2005 | ●189 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.: CHANGE of PLEA HEARING as to Hiep Huu Lien held on 2/28/2005. Not Guilty Plea WITHDRAWN and defendant Hiep Huu Lien pleads guilty to counts 1 and 2 of SS Information. Sentencing set for 6/20/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. Government Counsel Anne Pings and Defense Counsel Patrick McCarthy present. Custody Status: in Custody. Court Reporter/CD Number: Michelle Babbitt. Interpreter N/A present. (Forester, C) (Entered: 03/01/2005) |
| 02/28/2005 | ●190 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.: CHANGE of PLEA HEARING as to Thomas Vinh Quach held on 2/28/2005. Not Guilty Plea Withdrawn. Defendant Thomas Quach pleads guilty to counts 1 and 2 of superseding information. Sentencing set for 5/31/2005 at 09:30 AM in Courtroom 2 before Judge Frank C. Damrell Jr. Government Counsel Anne Pings present. Defense Counsel Danny Brace present. Custody Status: in custody. Court Reporter/CD Number: Michelle Babbitt. (Forester, C) (Entered: 03/01/2005) |
| 02/28/2005 | ●192 | SUPERSEDING INFORMATION as to Thomas Vinh Quach (4) count (s) 1ss, 2ss. (Forester, C) (Entered: 03/01/2005) |
| 02/28/2005 | ●193 | WAIVER of INDICTMENT by Thomas Vinh Quach (Forester, C) (Entered: 03/01/2005) |
| 02/28/2005 | ●194 | PLEA AGREEMENT as to Thomas Vinh Quach (Forester, C) (Entered: |

| | | |
|---|---|---|
| | | 03/01/2005) |
| 03/01/2005 | **◑**191 | SCHEDULE of DISCLOSURE for PSR as to Hiep Huu Lien. (Price, M) (Entered: 03/01/2005) |
| 03/01/2005 | **◑**195 | SCHEDULE of DISCLOSURE for PSR as to Thomas Vinh Quach. (Price, M) (Entered: 03/01/2005) |
| 03/01/2005 | **◑**196 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:JURY SELECTION held on 3/1/2005. JURY TRIAL started on 3/1/2005. MOTION HEARING held on 3/1/2005 re 173 MOTION IN LIMINE filed by USA - DEFERRED 177 MOTION IN LIMINE *TO EXCLUDE EVIDENCE GOVERNMENT INTENDS TO OFFER FOR IMPEACHMENT* filed by Khamaljit Singh Khera - DEFERRED. Govt calls Jeffrey Ferris for testimony re: authentication of wiretaps. Court makes findings on the record that authentication of wiretaps has been established. VOIR DIRE begun on 3/1/2005 Khamaljit Singh Khera (5) on Count 1s. Jury selected and sworn. Court in recess to 3/2/05 at 9:00 a.m. Government Counsel Anne Pings present. Defense Counsel Johnny Griffin III present. Custody Status: in custody. Court Reporter/CD Number: M. Babbitt. (Attachments: # 1 # 2) (Price, M) Modified on 3/2/2005 (Price, M). Modified on 3/2/2005 (Price, M). (Entered: 03/02/2005) |
| 03/02/2005 | **◑**197 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:JURY TRIAL, day 2, as to Khamaljit Singh Khera held on 3/2/2005. Opening statements by Govt and defendant. Govt calls Jeffrey Ferris, Giap Lien, Chau Dang all sworn and testified; govt exhs 1,2, 6-12 49-51 13-14 admitted. Court in recess to 3/3/05 at 9:00 a.m. Government Counsel Anne Pings present. Defense Counsel Johnny Griffin III present. Custody Status: in custody. Court Reporter/CD Number: M. Babbitt. (Attachments: # 1 # 2) (Price, M) Modified on 3/3/2005 (Price, M). (Entered: 03/03/2005) |
| 03/03/2005 | **◑**198 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:JURY TRIAL day 3 as to Khamaljit Singh Khera held on 3/3/2005. cont'd direct exam of Chau Dang. Govt calls Hiep Lien, Michael Brooks, Michael Ziegler, Tim Ruiz, Kerry Wooldridge, Christopher Joachim, and Mitchell Pribble all sworn and testified. Govt plays govt exh 16-22, 23 for jury. Govt exhs 15, 2-5 admitted. Court in recess to 3/7/05 at 1:30 p.m. Government Counsel Anne Pings present. Defense Counsel Johnny Griffin III present. Custody Status: in custody. Court Reporter/CD Number: M. Babbitt. (Attachments: # 1 # 2) (Price, M) (Entered: 03/03/2005) |
| 03/04/2005 | **◑**199 | JUDGMENT RETURNED EXECUTED as to Mike Huu Nguyen on 2/28/05. (Marcotte, D) (Entered: 03/07/2005) |
| 03/07/2005 | **◑**200 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:STATUS CONFERENCE as to Khoa Dang Tran To held on 3/7/2005. T4 Start: 3/7/05 Stop: 6/14/05. Jury Trial set for 6/14/2005 at 09:00 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. Trial |

| | | |
|---|---|---|
| | | Confirmation Hearing set for 5/16/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. Government Counsel Anne Pings present. Defense Counsel Lorilee Gates present. Custody Status: bail. Court Reporter/CD Number: M. Babbitt. (Price, M) (Entered: 03/07/2005) |
| 03/07/2005 | ❏201 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:JURY TRIAL day four as to Khamaljit Singh Khera held on 3/7/2005. Govt calls Thomas Quach sworn and testified; Govt plays govt exhs 29-38, 40-44, 23 for the jury; govt exhs 25-27 and 28a-h admitted, dft exh A admitted. Court in recess to 3/8/05 at 10:00 a.m. Government Counsel Anne Pings present. Defense Counsel Johnny Griffin III present. Custody Status: In Custody. Court Reporter/CD Number: M. Babbitt. (Attachments: # 1 # 2) (Price, M) (Entered: 03/07/2005) |
| 03/08/2005 | ❏202 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:JURY TRIAL day 5 as to Khamaljit Singh Khera held on 3/8/2005. Govt calls Justin Elliott, Donald McMillan, Carl Nielsen, Jerry Bowles, Aaron Tarver, John Palecek, recalls Jeff Ferris, Michael Robinson all sworn and testified. Govt exhs 47, 51-61, 52a-61a, 72a-c, 73 a-c, 74a-c, 78, and 63-66 admitted. The Govt reads into the record two stipulations. Govt rests. Court in recess to 3/9/05 at 9:00 a.m. Government Counsel Anne Pings present. Defense Counsel Johnny Griffin III present. Custody Status: in custody. Court Reporter/CD Number: M. Babbitt. (Attachments: # 1 # 2) (Price, M) (Entered: 03/08/2005) |
| 03/09/2005 | ❏203 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:JURY TRIAL day 6 as to Khamaljit Singh Khera held on 3/09/2005. Dft calls Jeff Ferris -previously sworn and testified; govt exh 101 admitted. Dft rests. No rebuttal from Govt. Court makes findings on missing witness instruction. Dft counsel makes motion for mistrial stating last witness disclosed dft's custody status. Closing arguments by Govt and Dft. Court makes findings re: mistrial motion - MOTION DENIED. Court will do limiting instruction re: issue raised in the motion. Jury instructions given and CSO sworn. Jury in deliberations. Court in recess to 3/10/05 at 9:00 a.m. Government Counsel Anne Pings present. Defense Counsel Johnny Griffin III present. Custody Status: in custody. Court Reporter/CD Number: M. Babbitt. (Attachments: # 1) (Price, M) Modified on 3/10/2005 (Price, M). (Entered: 03/10/2005) |
| 03/09/2005 | ❏204 | JURY INSTRUCTIONS GIVEN as to Khamaljit Singh Khera (Price, M) (Entered: 03/10/2005) |
| 03/10/2005 | ❏205 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:JURY TRIAL day 7 as to Khamaljit Singh Khera held on 3/10/2005. Dft found GUILTY on count 1 of the SS Indictment. PSR ORDERED. Sentencing set for 6/27/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. Government Counsel Anne Pings present. Defense Counsel Johnny Griffin III present. Custody Status: in custody. Court Reporter/CD Number: M. Babbitt. (Attachments: # 1) (Price, M) (Entered: 03/11/2005) |
| | | |

| 03/11/2005 | 🔵206 | VERDICT as to Khamaljit Singh Khera (5) Guilty on Count 1s. (Price, M) (Entered: 03/11/2005) |
|---|---|---|
| 03/11/2005 | 🔵207 | SCHEDULE of DISCLOSURE for PSR as to Khamaljit Singh Khera. (Price, M) (Entered: 03/11/2005) |
| 03/11/2005 | 🔵208 | STIPULATION *Regarding Sale of Real Property on Pisa Circle* by USA (Pings, Anne) (Entered: 03/11/2005) |
| 03/11/2005 | 🔵209 | STIPULATION *Regarding Sale of Real Property on Roma Lane* by USA (Pings, Anne) (Entered: 03/11/2005) |
| 03/15/2005 | 🔵210 | STIPULATION and ORDER as to Giap Huu Lien re interlocutory sale of real property subject to criminal forfeiture; signed by Judge Frank C. Damrell Jr. on 3/14/05. (Marcotte, D) (Entered: 03/15/2005) |
| 03/15/2005 | 🔵211 | STIPULATION and ORDER as to Giap Huu Lien and Mike Huu Nguyen re interlocutory sale of real property subject to criminal forfeiture; signed by Judge Frank C. Damrell Jr. on 3/14/05. (Marcotte, D) (Entered: 03/15/2005) |
| 03/25/2005 | 🔵212 | STIPULATION *for Interlocutory Sale of Property on Cynthia Court* by USA (Pings, Anne) (Entered: 03/25/2005) |
| 03/29/2005 | 🔵213 | ORDER as to Hiep Huu Lien and Giap Huu Lien signed by Judge Frank C. Damrell Jr. on 3/28/05 ORDERING that 212 the Stipulation re interlocutory sale of real property located on Cynthia Court GRANTED. (Forester, C) (Entered: 03/29/2005) |
| 04/07/2005 | 🔵214 | NOTICE *of Request and Declaration in Support of Request for Order Authorizing the Sacramento County Jail to Release Inmate Telephone Records* by Khamaljit Singh Khera (Levers, Clara) (Entered: 04/07/2005) |
| 04/07/2005 | 🔵215 | PROPOSED ORDER Authorizing the Sacramento County Jail to Release Inmate Telephone Records by Khamaljit Singh Khera (Levers, Clara) (Entered: 04/07/2005) |
| 04/11/2005 | 🔵216 | ORDER as to Khamaljit Singh Khera signed by Judge Frank C. Damrell Jr. ORDERING that 214 defendant's application GRANTED. Sacramento County Jail to provide Kamaljit Singh Khera with records. (Forester, C) (Entered: 04/11/2005) |
| 04/11/2005 | 🔵217 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:SENTENCING held on 4/11/2005 for Duc Khiem Ngo (6). Sentenced on Count 1s to 96 mos imprisonment with recommendation to CA facility and 500 hr drug program; TSR 60 mos; S/A $100 due immediately; Fine waived. Counts 1, 2, 2s, 3, 3s, 5, 5s, 9, 9s DISMISSED; DEFENDANT Duc Khiem Ngo TERMINATED. Government Counsel Anne Pings present. Defense Counsel Deborah Levine present. Custody Status: in custody. Court Reporter/CD Number: Michelle Babbitt. Interpreter N/A present. (Forester, C) (Entered: 04/12/2005) |
| 04/12/2005 | 🔵218 | PUBLICATION AFFIDAVIT as to Duc Khiem Ngo. (Forester, C) |

| | | (Entered: 04/14/2005) |
|---|---|---|
| 04/20/2005 | ❍219 | JUDGMENT and COMMITMENT as to Duc Khiem Ngo signed by Judge Frank C. Damrell Jr. on 4/18/05. (Kastilahn, A) (Entered: 04/20/2005) |
| 04/29/2005 | ❍220 | ORDER EXONERATING BOND as to Mike Huu Nguyen signed by Judge Frank C. Damrell Jr. on 4/27/05. (Marcotte, D) (Entered: 04/29/2005) |
| 04/29/2005 | ❍221 | RECONVEYANCE of PROPERTY for Mike Huu Nguyen pursuant to 220 Order. (Marcotte, D) Additional attachment(s) added on 4/29/2005 (Marcotte, D). (Entered: 04/29/2005) |
| 05/04/2005 | ❍222 | STIPULATION *TO CONTINUE TCH AND ORDER* (Baum, Alan) (Entered: 05/04/2005) |
| 05/04/2005 | ❍223 | STIPULATION AND ORDER as to Khoa Dang Tran To, ***Excludable started: T4 Start: 5/16/05 Stop: 6/6/05. TCH of 5/16/05 and JT date of 6/14/05 VACATED. Status Conference set for 6/6/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. signed by Judge Frank C. Damrell Jr. on 5/4/05. (Price, M) (Entered: 05/04/2005) |
| 05/12/2005 | ❍224 | PETITION for FORFEITURE of PROPERTY by Joseph Lee as to Duc Khiem Ngo, Thomas Vinh Quach, Chau Minh Dang, Hiep Huu Lien, Giap Huu Lien, Khamaljit Singh Khera, Mike Huu Nguyen, Khoa Dang Tran To. (Burns, William) Modified on 5/12/2005 (Carlos, K). (Entered: 05/12/2005) |
| 05/12/2005 | ❍225 | STIPULATION and PROPOSED ORDER For Extension Of Time For Lien Holder To File Petition For Ancillary Hearing by USA as to Duc Khiem Ngo (Pings, Anne) (Entered: 05/12/2005) |
| 05/17/2005 | ❍226 | STIPULATION AND ORDER: the time in which Countrywide Home Loans is required to file their Petition for Ancillary Hearing is extended to June 24, 2005; signed by Judge Frank C. Damrell Jr. on 5/16/05. (Marcotte, D) (Entered: 05/17/2005) |
| 05/19/2005 | ❍227 | NOTICE *Application For Preliminary Order of Forfeiture* by USA as to Hiep Huu Lien, Giap Huu Lien (Attachments: # 1 Proposed Order For Preliminary Order of Forfeiture as to Giap Huu Lien and Hiep Huu Lien) (Pings, Anne) (Entered: 05/19/2005) |
| 05/20/2005 | ❍228 | JUDGMENT RETURNED EXECUTED as to Duc Khiem Ngo on 5/12/05. (Marcotte, D) (Entered: 05/20/2005) |
| 05/20/2005 | ❍229 | STIPULATION *And Proposed Order Re Interlocutory Sale of Real Property Subject to Criminal Forfeiture (13450 Applewood)* by USA (Pings, Anne) (Entered: 05/20/2005) |
| 05/23/2005 | ❍230 | PRELIMINARY ORDER OF FORFEITURE Re Real and Personal Property of Defendants Giap Huu Lien and Hiep Huu Lien, signed by Judge Frank C. Damrell Jr. on 5/20/05. (Marcotte, D) (Entered: 05/23/2005) |

| 05/23/2005 | | SERVICE BY MAIL: 230 Order (CR) served on Richard P Pointer (Marcotte, D) (Entered: 05/23/2005) |
|---|---|---|
| 05/23/2005 | 231 | CERTIFICATE of SERVICE by USA as to Chau Minh Dang (Pings, Anne) (Entered: 05/23/2005) |
| 05/26/2005 | 232 | STIPULATION *TO CONTINUE SENTENCING* (Lefcourt, V) (Entered: 05/26/2005) |
| 05/26/2005 | 233 | STIPULATION AND ORDER as to Giap Huu Lien Sentencing set for 6/27/2005 at 09:30 AM in Courtroom 2 signed by Judge Frank C. Damrell Jr. on 5/26/05. (Price, M) (Entered: 05/26/2005) |
| 05/27/2005 | 234 | STIPULATION AND ORDER signed by Judge Frank C. Damrell Jr. on 5/26/05 re interlocutory sale of real property subject to criminal forfeiture as to property located at 13450 Applewood Way, Lathrop CA. (Marcotte, D) (Entered: 05/27/2005) |
| 05/31/2005 | 235 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:SENTENCING held on 5/31/2005 for Thomas Vinh Quach (4), Count (s) 1, 1s, 7, 7s, DISMISSED; Count(s) 1ss, 2ss, imprisonment-60 mos, recommendation- Camp facility in CO 500 hr BOP drug program; TSR-60 mos; S/A-$200; fine waived; special conditions-Pgs 20,21 of PSR. DEFENDANT TERMINATED., Terminate Deadlines and Hearings as to Thomas Vinh Quach, Thomas Vinh Quach terminated. Government Counsel Anne Pings present. Defense Counsel Danny Brace present. Custody Status: Present/In Custody. Court Reporter/CD Number: M. Babbitt. Interpreter N/A present. (Kirkpatrick, S) (Entered: 06/01/2005) |
| 06/01/2005 | 236 | MOTION to CONTINUE by Hiep Huu Lien. (McCarthy, J) (Entered: 06/01/2005) |
| 06/02/2005 | 237 | ORDER as to Hiep Huu Lien Sentencing set for 7/11/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. signed by Judge Frank C. Damrell Jr. on 6/2/05. (Price, M) (Entered: 06/02/2005) |
| 06/02/2005 | 238 | STIPULATION *TO CONTINUE STATUS CONFERENCE AND ORDER* (Baum, Alan) (Entered: 06/02/2005) |
| 06/03/2005 | 239 | STIPULATION AND ORDER as to Khoa Dang Tran To, ***Excludable started: T4 Start: 6/6/05 Stop: 6/20/05. Status Conference set for 6/20/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. signed by Judge Frank C. Damrell Jr. on 6/3/05. (Price, M) (Entered: 06/03/2005) |
| 06/03/2005 | 240 | LETTER from Deputy Audrey Durel regarding dft Kamaljit Khera. (Waggoner, D) (Entered: 06/06/2005) |
| 06/08/2005 | 241 | JUDGMENT and COMMITMENT as to Thomas Vinh Quach signed by Judge Frank C. Damrell Jr. on 6/7/2007. (Waggoner, D) (Entered: 06/09/2005) |
| 06/16/2005 | 242 | STIPULATION *AND ORDER TO CONTINUE STATUS CONFERENCE* (Baum, Alan) (Entered: 06/16/2005) |

| 06/16/2005 | ●243 | STIPULATION AND ORDER as to Khoa Dang Tran To, ***Excludable started: T4 Start: 6/20/05 Stop: 6/27/05. Status Conference set for 6/27/2005 at 09:30 AM in Courtroom 2 signed by Judge Frank C. Damrell Jr. on 6/16/05. (Price, M) (Entered: 06/16/2005) |
| --- | --- | --- |
| 06/17/2005 | ●244 | NOTICE of HEARING from CRD M. Price as to Hiep Huu Lien. Due to the unavailability of the court the Judgment and Sentencing set for 7/11/05 is RESET to Tuesday, 7/12/2005 at 10:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. (TEXT ONLY).(Price, M) (Entered: 06/17/2005) |
| 06/17/2005 | ●245 | STIPULATION *and Order to continue sentencing and modify schedule for disclosure of Pre-Sentence Report and for filing of objections to Pre-Sentence Report* (Levers, Clara) Modified on 6/20/2005 (Marcotte, D). (Entered: 06/17/2005) |
| 06/21/2005 | ●246 | STIPULATION AND ORDER signed by Judge Frank C. Damrell Jr. on 6/20/05 as to Khamaljit Singh Khera. Sentencing CONTINUED TO 9/12/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. All other sentencing related deadlines adjusted accordingly. (Marcotte, D) (Entered: 06/21/2005) |
| 06/21/2005 | ●247 | STIPULATION *TO CONTINUE SENTENCING* (Lefcourt, V) (Entered: 06/21/2005) |
| 06/21/2005 | ●248 | STIPULATION AND ORDER as to Giap Huu Lien Sentencing set for 8/15/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. signed by Judge Frank C. Damrell Jr. on 6/21/05. (Price, M) (Entered: 06/21/2005) |
| 06/24/2005 | ●249 | PROPOSED ORDER Substitution of Attorney by Khoa Dang Tran To (Price, M) (Entered: 06/24/2005) |
| 06/24/2005 | ●250 | STIPULATION and PROPOSED ORDER to continue status set for 6/27/05 by dft To (Price, M) (Entered: 06/24/2005) |
| 06/24/2005 | ●251 | ORDER as to Khoa Dang Tran To. Attorney Alan Baum terminated in case as to Khoa Dang Tran To and attorney Robert W. Lyons is added. Signed by Judge Frank C. Damrell Jr. on 6/24/05. (Price, M) (Entered: 06/24/2005) |
| 06/24/2005 | ●252 | ORDER as to Khoa Dang Tran To, ***Excludable started: T4 Start: 6/27/05 Stop: 7/25/05. Status Conference set for 7/25/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. signed by Judge Frank C. Damrell Jr. on 6/24/05. (Price, M) (Entered: 06/24/2005) |
| 07/12/2005 | ●253 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:SENTENCING held on 7/12/2005 for Hiep Huu Lien (2), 1, 1s, 6, 6s, 7, 7s, 8, 8s, Dismissed; Count(s) 1ss, 2ss, 108 months on counts 1 and 2 of the superceding information to run concurrently for total term of 9 years, TSR 60 months, \$200 special assessment, fine waived. DEFENDANT TERMINATED. Government Counsel Anne Pings present. Defense Counsel Patrick McCarthy present. Custody Status: in |

| | | |
|---|---|---|
| | | custody. Court Reporter/CD Number: Michelle Babbitt. Interpreter n/a present. (Plummer, M) (Entered: 07/13/2005) |
| 07/22/2005 | ❍254 | JUDGMENT and COMMITMENT as to Hiep Huu Lien signed by Judge Frank C. Damrell Jr. on 07/21/05. (Kirkpatrick, S) (Entered: 07/25/2005) |
| 07/25/2005 | ❍255 | SUPERSEDING INFORMATION - as to Khoa Dang Tran To (8) count (s) 1s. Arraignment set for 7/25/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. (Price, M) (Entered: 07/25/2005) |
| 07/25/2005 | ❍256 | PLEA AGREEMENT as to Khoa Dang Tran To (Price, M) (Entered: 07/25/2005) |
| 07/25/2005 | ❍257 | WAIVER of INDICTMENT by Khoa Dang Tran To (Price, M) (Entered: 07/25/2005) |
| 07/25/2005 | ❍258 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:CHANGE of PLEA HEARING as to Khoa Dang Tran To held on 7/25/2005. SS Information filed and dft arraigned on information. GUILTY PLEA ENTERED by Khoa Dang Tran To (8) Guilty Count 1s. PSR Ordered. Waiver of Indictment executed. Sentencing set for 10/3/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. Dft to remain on bail and advised of failure to appear penalties. Government Counsel Anne Pings present. Defense Counsel Robert Lyons present. Custody Status: Bail. Court Reporter/CD Number: M. Babbitt. (Price, M) (Entered: 07/25/2005) |
| 07/25/2005 | ❍259 | SCHEDULE of DISCLOSURE for PSR as to Khoa Dang Tran To. Plea Date: *7/25/05* Sentencing Date: *10/3/05* ** Correction Date: *9/26/05* Report Date: *9/19/05* Objection Date: *9/12/05* Proposed Date: *8/29/05* Copies: *AUSA - Defense Counsel - USPO* (Price, M) (Entered: 07/25/2005) |
| 08/02/2005 | ❍260 | TRANSCRIPT of Detention Hearing as to Khamaljit Singh Khera held on 3/3/03 before Magistrate Judge Gregory G. Hollows. (TEXT ONLY) (Forester, C) Modified on 8/2/2005 (Forester, C). (Entered: 08/02/2005) |
| 08/02/2005 | ❍261 | TRANSCRIPT of Detention Hearing as to Khamaljit Singh Khera held on 3/6/03 before Magistrate Judge Gregory G. Hollows. (TEXT ONLY) (Forester, C) (Entered: 08/02/2005) |
| 08/02/2005 | ❍262 | PARTIAL TRANSCRIPT of Arraignment as to Khamaljit Singh Khera held on 3/10/03 before Magistrate Judge Gregory G. Hollows. (TEXT ONLY) (Forester, C) (Entered: 08/02/2005) |
| 08/02/2005 | ❍263 | PARTIAL TRANSCRIPT of Detention Hearing as to Khamaljit Singh Khera held on 3/14/03 before Magistrate Judge Gregory G. Hollows. (TEXT ONLY) (Forester, C) (Entered: 08/02/2005) |
| 08/03/2005 | ❍264 | OBJECTION to PRESENTENCE REPORT by Giap Huu Lien. (DOCUMENT FILED ON PAPER.) (Marcotte, D) (Entered: 08/04/2005) |
| 08/10/2005 | ❍265 | STIPULATION and PROPOSED ORDER (Lefcourt, V) (Entered: 08/10/2005) |
| | | |

| 08/10/2005 | ❍266 | STIPULATION AND ORDER signed by Judge Frank C. Damrell Jr. on 8/10/05. as to Giap Huu Lien. Sentencing set for 9/26/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. (Price, M) (Entered: 08/10/2005) |
|---|---|---|
| 08/15/2005 | ❍267 | STIPULATION and PROPOSED ORDER to Continue Sentencing and Modify Schedule for Filing of Defendant's Sentencing Memorandum (Levers, Clara) (Entered: 08/15/2005) |
| 08/17/2005 | ❍268 | STIPULATION AND ORDER signed by Judge Frank C. Damrell Jr. on 8/16/05 ORDERING that The Request to Continue Sentencing and to Modify Schedule as to Khamaljit Singh Khera 267 is GRANTED. Judgment and Sentencing is CONTINUED to 10/24/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. (Mena-Sanchez, L) (Entered: 08/17/2005) |
| 09/06/2005 | ❍269 | SENTENCING MEMORANDUM by Khamaljit Singh Khera (Attachments: # 1 Exhibit A: Alternative Presentence Report# 2 Exhibit B: Investigator's Report# 3 Exhibit C: Letter from Deputy Durel# 4 Exhibit D: Khera Arrest Report and Statement)(Levers, Clara) (Entered: 09/06/2005) |
| 09/07/2005 | ❍270 | SEALED DOCUMENT. (Mena-Sanchez, L) (Entered: 09/08/2005) |
| 09/07/2005 | ❍271 | SEALED DOCUMENT. (Mena-Sanchez, L) (Entered: 09/08/2005) |
| 09/07/2005 | ❍272 | SEALED DOCUMENT. (Mena-Sanchez, L) (Entered: 09/08/2005) |
| 09/07/2005 | ❍273 | SEALED DOCUMENT. (Mena-Sanchez, L) (Entered: 09/08/2005) |
| 09/12/2005 | ❍274 | MOTION for DISCLOSURE *of Pretrial Services Report* by USA as to Khamaljit Singh Khera. (Pings, Anne) (Entered: 09/12/2005) |
| 09/13/2005 | ❍275 | STATEMENT of NON-OPPOSITION to MOTION re 274 MOTION for DISCLOSURE *of Pretrial Services Report* (Levers, Clara) (Entered: 09/13/2005) |
| 09/13/2005 | ❍276 | ORDER signed by Judge Frank C. Damrell Jr. on 9/13/05 as to Khamaljit Singh Khera re 274 MOTION for DISCLOSURE *of Pretrial Services Report* filed by USA - GRANTED. Motions terminated. (Price, M) (Entered: 09/13/2005) |
| 09/13/2005 | ❍277 | SEALED DOCUMENT. (Mena-Sanchez, L) (Entered: 09/13/2005) |
| 09/14/2005 | ❍278 | JUDGMENT RETURNED EXECUTED as to Thomas Vinh Quach on 8/17/05. (Mena-Sanchez, L) (Entered: 09/15/2005) |
| 09/19/2005 | ❍279 | JUDGMENT RETURNED EXECUTED as to Hiep Huu Lien on 9/12/05. (Kastilahn, A) (Entered: 09/20/2005) |
| 09/22/2005 | ❍280 | STIPULATION and PROPOSED ORDER (Lefcourt, V) (Entered: 09/22/2005) |
| 09/23/2005 | ❍281 | STIPULATION AND ORDER signed by Judge Frank C. Damrell Jr. on 9/23/05 as to Giap Huu Lien. Sentencing set for 10/17/2005 at 09:30 AM |

Live 3.0.3 CM/ECF - U.S. District Court for Eastern California – Docket ...

Case 3:07-cr-00576-SI    Document 2    Filed 10/11/2007    Page 48 of 87

| | | in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. (Price, M) (Entered: 09/23/2005) |
|---|---|---|
| 09/26/2005 | ❍282 | REPLY/RESPONSE to Defendant's Objections to Presentence Report by Khamaljit Singh Khera, USA (Pings, Anne) (Entered: 09/26/2005) |
| 09/26/2005 | ❍284 | ATTACHMENTS to Govenrment's Response to Defendant's Objections to the Pre-sentence report 282. (Mena-Sanchez, L) (Entered: 09/27/2005) |
| 09/27/2005 | ❍283 | MEMORANDUM by Giap Huu Lien, Giap Huu Lien in OPPOSITION TO *SENTENCING RECOMMENDATION* (Lefcourt, V) (Entered: 09/27/2005) |
| 10/03/2005 | ❍285 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:STATUS CONFERENCE re: Sentencing as to Khoa Dang Tran To held on 10/3/2005. Dft not present due to mix up with his counsel's office. Sentencing RESET for 10/11/2005 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr.. Government Counsel Anne Pings present. Defense Counsel Robert Lyons present. Custody Status: Bail - no appearance. Court Reporter/CD Number: Vicki Britt, Diamond Reporters. (TEXT ONLY) (Price, M) (Entered: 10/03/2005) |
| 10/11/2005 | ❍286 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:SENTENCING held on 10/11/2005 for Khoa Dang Tran To (8), Count(s) 1, 11, Dismissed; Count(s) 1s of SS Information - BOP - 27 months; TSR 12 months; S/A $100; Fine Waived. DEFENDANT TERMINATED. Government Counsel Anne Pings present. Defense Counsel Robert Lyons present. Custody Status: Bail. Court Reporter/CD Number: M. Babbitt. (Price, M) (Entered: 10/11/2005) |
| 10/13/2005 | ❍287 | SEALED DOCUMENT (Kirkpatrick, S) (Entered: 10/13/2005) |
| 10/13/2005 | ❍288 | REPLY/RESPONSE to Defendant's Sentencing Memorandum by Giap Huu Lien, USA (Pings, Anne) (Entered: 10/13/2005) |
| 10/17/2005 | ❍289 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:SENTENCING held on 10/17/2005 for Giap Huu Lien (1), Count(s) 1ss, 2ss of SS Information - BOP Ct 1 204 months and Ct 2 204 months to run CC for total term of 204 months; TSR 60 months Ct 1 and 36 months Ct2 to run CC for total term of 60 months; Fine Waived; S/A $200. DEFENDANT TERMINATED. Government Counsel Anne Pings present. Defense Counsel V. Roy Lefcourt present. Custody Status: in custody. Court Reporter/CD Number: M. Babbitt. (Price, M) (Entered: 10/17/2005) |
| 10/17/2005 | ❍290 | JUDGMENT and COMMITMENT ISSUED as to Khoa Dang Tran To signed by Judge Frank C. Damrell Jr. on 10/14/05. (Price, M) (Entered: 10/17/2005) |
| 10/21/2005 | ❍291 | NOTICE *of Hearing* by USA as to Khamaljit Singh Khera (Pings, Anne) (Entered: 10/21/2005) |
| 10/25/2005 | ❍292 | JUDGMENT and COMMITMENT ISSUED as to Giap Huu Lien signed by Judge Frank C. Damrell Jr. on 10/25/05. (Price, M) (Entered: |

| | | 10/25/2005) |
|---|---|---|
| 11/08/2005 | ❾293 | PROOF OF PUBLICATION by USA as to Hiep Huu Lien. [MAINTAINED ON PAPER]. (Mena-Sanchez, L) (Entered: 11/09/2005) |
| 11/28/2005 | ❾294 | JUDGMENT returned EXECUTED as to defendant Khoa Dang Tran To on 11/18/05. (Marciel, M) (Entered: 11/29/2005) |
| 11/29/2005 | ❾295 | DEFENDANT(S) MOTION to CONTINUE *and [Proposed] Order to Continue Sentencing* by Khamaljit Singh Khera. (Attachments: # 1 Exhibit A: Declaration of Attorney Clara M. Levers)(Levers, Clara) Modified on 11/30/2005 (Marciel, M). (Entered: 11/29/2005) |
| 12/01/2005 | ❾296 | MEMORANDUM/RESPONSE in OPPOSITION by USA as to Khamaljit Singh Khera *Opposing Postponement of Sentencing* (Pings, Anne) (Entered: 12/01/2005) |
| 12/01/2005 | ❾297 | STIPULATION and PROPOSED ORDER by USA (Pings, Anne) (Entered: 12/01/2005) |
| 12/01/2005 | ❾298 | REPLY to RESPONSE to MOTION by Khamaljit Singh Khera *to Continue Sentencing* (Griffin, Johnny) (Entered: 12/01/2005) |
| 12/01/2005 | ❾299 | ORDER signed by Judge Frank C. Damrell Jr. on 12/1/05 (submitted version was modified by the court) as to Khamaljit Singh Khera re 295 DEFENDANT(S) MOTION to CONTINUE *and [Proposed] Order to Continue Sentencing* filed by Khamaljit Singh Khera - GRANTED. Dft to file rply to Govt's opposition by 1/9/06. Sentencing set for 1/30/2006 at 09:30 AM in Courtroom 2 (FCD) before Judge Frank C. Damrell Jr. (Price, M) (Entered: 12/01/2005) |
| 12/01/2005 | ❾300 | JUDGMENT returned EXECUTED as to defendant Giap Huu Lien on 11/21/05. (Marciel, M) (Entered: 12/02/2005) |
| 12/05/2005 | ❾301 | REQUEST for assistance in being transferred to BOP location with a drug program by Thomas Vinh Quach (Dotson, B) (Entered: 12/06/2005) |
| 12/07/2005 | ❾302 | STIPULATION FOR SETTLEMENT AND ORDER RE: Real Property at 13450 Appewood Way as to Duc Khiem Ngo signed by Judge Frank C. Damrell Jr. on 12/5/05. (Kastilahn, A) (Entered: 12/07/2005) |
| 12/07/2005 | ❾ | SERVICE BY MAIL: 302 Order served on Richard P Pointer. (Kastilahn, A) (Entered: 12/07/2005) |
| 01/10/2006 | ❾303 | REPLY to the govt's RESPONSE to sentencing memorandum by Khamaljit Singh Khera (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit B page 3# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E)(Griffin, Johnny) Modified on 1/11/2006 (Reader, L). (Entered: 01/10/2006) |
| 01/10/2006 | ❾304 | SEALED DOCUMENT (Reader, L) (Entered: 01/10/2006) |
| 01/24/2006 | ❾305 | ORDER EXONERATING PROPERTY BOND as to Khoa Dang Tran To signed by Judge Frank C. Damrell Jr. on 1/23/06. The property located in Sacramento, CA was which posted by Diane Tran (Deed Number 200305140855) is hereby EXONERATED. (Krueger, M) |

| | | (Entered: 01/24/2006) |
|---|---|---|
| 01/24/2006 | ❍ | RECONVEYANCE of PROPERTY posted by Diane Bich Tran (Deed Number 200305140855) for property located in Sacramento, CA. for Defendant Khoa Dang Tran To is Reconveyed. (Order, Deed, and Reconveyance sent to Diane Bich Tran). (TEXT ONLY). (Krueger, M) (Entered: 01/24/2006) |
| 01/26/2006 | ❍306 | MEMORANDUM by Khamaljit Singh Khera, USA in Regarding Need for Evidentiary Hearings (Pings, Anne) (Entered: 01/26/2006) |
| 01/27/2006 | ❍307 | SEALED DOCUMENT (Reader, L) (Entered: 01/27/2006) |
| 01/30/2006 | ❍308 | MINUTES for proceedings held before Judge Frank C. Damrell Jr.:SENTENCING held on 1/30/2006 for Khamaljit Singh Khera (5), 1, dismissed; Count(s) 1s, 360 mos custody BOP; $100 s/a; fine waived; 60 mos TSR. Court recommends facility at Terminal Island. Appeal rights given and waived. DEFENDANT TERMINATED. Government Counsel Anne Pings present. Defense Counsel Johnny Griffin present. Custody Status: in custody. Court Reporter/CD Number: M. Babbitt. (Marcotte, D) (Entered: 01/31/2006) |
| 02/08/2006 | ❍309 | NOTICE of APPEAL by Khamaljit Singh Khera as to 205 Jury Trial,, Set Hearings,. (Griffin, Johnny) (Entered: 02/08/2006) |
| 02/08/2006 | ❍ | RECEIPT number 201 11715 for $255.00 for Appeal Filing Fee from J. Griffin. (Kirkpatrick, S) (Entered: 02/08/2006) |
| 02/09/2006 | ❍311 | APPEAL PROCESSED to Ninth Circuit for 309 Notice of Appeal (CR) filed by Khamaljit Singh Khera. Filed dates for Notice of Appeal *2/8/2006*, Complaint *3/6/2003* and Sentencing *1/30/2006*. Court Reporter: *M. Babbitt*. *Fee Status: Paid on 2/8/2006 in the amount of $255.00* ** (Attachments: # 1 Appeal Notice) (Marciel, M) (Entered: 02/09/2006) |
| 02/09/2006 | ❍312 | MEMORANDUM and ORDER for TIME SCHEDULE to District Court for 309 Notice of Appeal (CR) filed by Khamaljit Singh Khera, with Date of Appeal of *2/8/2006*. Status: *Fee Paid* *Counsel Retained* *Dft in Custody* (Attachments: # 1 Order for Time Schedule) (Marciel, M) (Entered: 02/09/2006) |
| 02/09/2006 | ❍313 | NOTICE of Service: 309 Notice of Appeal (CR) as defendant Khamaljit Singh Khera, 311 Appeal documents, and 312 Memorandum / Order for Time Schedule served on USCA - Ninth Circuit.(Marciel, M) (Entered: 02/09/2006) |
| 02/10/2006 | ❍314 | JUDGMENT and COMMITMENT ISSUED signed by Judge Frank C. Damrell Jr. on 2/09/06 as to Khamaljit Singh Khera (Price, M) (Entered: 02/10/2006) |
| 02/21/2006 | ❍315 | USCA CASE NUMBER 06-10102 for 309 Notice of Appeal (CR) filed by defendant Khamaljit Singh Khera. (Marciel, M) (Entered: 02/22/2006) |
| 02/27/2006 | ❍316 | MOTION for Declaratory Judgment pursuant to 28:2201-2202 by |

| | | |
|---|---|---|
| | | Thomas Vinh Quach. (Caspar, M) (Entered: 02/28/2006) |
| 02/27/2006 | ❂317 | AFFIDAVIT in support of 316 MOTION for Declaratory Judgment pursuant to 28:2201-2202 by Thomas Vinh Quach (Caspar, M) (Entered: 02/28/2006) |
| 03/09/2006 | ❂ | DUPLICATE Reconveyance of Property 221 for defendant Mike Huu Nguyen processed. Document sent to Tammy Cole (Emerald Home Loan, Inc.) TEXT ONLY ENTRY - NO DOCUMENT ATTACHED [MAINTAINED ON PAPER] (Marciel, M) (Entered: 03/09/2006) |
| 03/28/2006 | ❂318 | PROPOSED ORDER Proposed Order Exonerating Cash Bond by Khoa Dang Tran To (Lyons, Robert) (Entered: 03/28/2006) |
| 03/30/2006 | ❂319 | ORDER 318 Exonerating Cash Bond signed by Judge Frank C. Damrell Jr. on 3/30/06. Cash Bond (receipt # 4629) in amount of $5600, as to defendant Khoa Dang Tran To, is EXONERATED and refunded to Linda Tang. (Marciel, M) (Entered: 03/30/2006) |
| 03/30/2006 | ❂ | SERVICE BY MAIL: 319 Order (CR) served on attorney Richard P Pointer. (Marciel, M) (Entered: 03/30/2006) |
| 03/31/2006 | ❂320 | JUDGMENT RETURNED EXECUTED as to Khamaljit Singh Khera on 3/22/06. (Yin, K) (Entered: 04/03/2006) |
| 04/27/2006 | ❂321 | LETTER from defendant Mike Huu Nguyen thanking the Court and staff for his treatment and sentencing. (Marciel, M) (Entered: 04/28/2006) |
| 06/01/2006 | ❂322 | TRANSCRIPT of Trial as to Khamaljit Singh Khera held on 3/1/05 before Judge Frank C. Damrell. Court Reporter: Michelle L. Babbitt. (Donati, J) (Entered: 06/02/2006) |
| 06/01/2006 | ❂323 | TRANSCRIPT of Trial as to Khamaljit Singh Khera held on 3/2/05 before Judge Frank C. Damrell. Court Reporter: Michelle L. Babbitt. (Donati, J) (Entered: 06/02/2006) |
| 06/01/2006 | ❂324 | TRANSCRIPT of Trial as to Khamaljit Singh Khera held on 3/3/05 before Judge Frank C. Damrell. Court Reporter: Michelle L. Babbitt. (Donati, J) (Entered: 06/02/2006) |
| 06/01/2006 | ❂325 | TRANSCRIPT of Trial as to Khamaljit Singh Khera held on 3/7/05 before Judge Frank C. Damrell. Court Reporter: Michelle L. Babbitt. (Donati, J) (Entered: 06/02/2006) |
| 06/01/2006 | ❂326 | TRANSCRIPT of Trial as to Khamaljit Singh Khera held on 3/8/05 before Judge Frank C. Damrell. Court Reporter: Michelle L. Babbitt. (Donati, J) (Entered: 06/02/2006) |
| 06/01/2006 | ❂327 | TRANSCRIPT of Trial as to Khamaljit Singh Khera held on 3/9/05 before Judge Frank C. Damrell. Court Reporter: Michelle L. Babbitt. (Donati, J) (Entered: 06/02/2006) |
| 06/01/2006 | ❂328 | TRANSCRIPT of Trial Verdict as to Khamaljit Singh Khera held on 3/10/05 before Judge Frank C. Damrell. Court Reporter: Michelle L. Babbitt. (Donati, J) (Entered: 06/02/2006) |

| 06/01/2006 | ❸329 | TRANSCRIPT of Judgment and Sentencing as to Khamaljit Singh Khera held on 1/30/06 before Judge Frank C. Damrell. Court Reporter: Michelle L. Babbitt. (Donati, J) (Entered: 06/02/2006) |
|---|---|---|
| 07/14/2006 | ❸330 | APPLICATION for *Final Order of Forfeiture* by USA as to Duc Khiem Ngo, Hiep Huu Lien, Giap Huu Lien, Mike Huu Nguyen (Attachments: # 1 Proposed Order - Final Order of Forfeiture)(Pings, Anne) (Entered: 07/14/2006) |
| 07/14/2006 | ❸331 | CERTIFICATE of SERVICE by USA as to Duc Khiem Ngo, Hiep Huu Lien, Giap Huu Lien, Mike Huu Nguyen re 330 Application - General - ATY. (Pings, Anne) (Entered: 07/14/2006) |
| 07/17/2006 | ❸332 | FINAL ORDER OF FORFEITURE re: 330 as to Duc Khiem Ngo, Hiep Huu Lien, Giap Huu Lien and Mike Huu Nguyen signed by Judge Frank C. Damrell Jr. on 7/17/06. The USM and/or the Dept of Treasury shall maintain custody of and control over the subject properties until they are disposed of according to law. (Kastilahn, A) (Entered: 07/17/2006) |
| 07/17/2006 | ❶ | SERVICE BY MAIL: 332 Order served on Richard P Pointer. (Kastilahn, A) (Entered: 07/17/2006) |
| 10/05/2006 | ❸333 | MINUTE ORDER: from CRD M. Price for Judge Frank C. Damrell Jr. on 10/5/06. 316 MOTION Declaratory Judgment pursuant to 28:2201-2202 filed by Thomas Vinh Quach - MOOT. Court does not have jurisdiction to make recommendation to BOP at this time. (Price, M) (Entered: 10/05/2006) |
| 10/05/2006 | ❶ | SERVICE BY MAIL: 333 Minute Order - served on Thomas Vinh Quach (Price, M) (Entered: 10/05/2006) |
| 01/11/2007 | ❸334 | TRANSMITTED RECORD on APPEAL to USCA # *06 - 10102* for 309 Notice of Appeal - CR as to defendant Khamaljit Singh Khera. * Volumes of Files: 3. Paper Documents: 1 to 150, 293. Volumes of Expandable Folders: 2.* *Electronic Documents: 151 to 333.* with certified copy of docket sheet. (Marciel, M) (Entered: 01/11/2007) |
| 02/21/2007 | ❸335 | MOTION To Correct Transcript for Purposes of Appeal by USA as to Khamaljit Singh Khera. (Pings, Anne) (Entered: 02/21/2007) |
| 02/28/2007 | ❸336 | ORDER TO CORRECT TRANSCRIPT signed by Judge Frank C. Damrell Jr. on 2/28/07 RE as to Khamaljit Singh Khera. 335 MOTION To Correct Transcript for Purposes of Appeal filed by USA - GRANTED. Corrected transcript on the sentencing hearing 1/30/06 to be filed. (Price, M) (Entered: 02/28/2007) |
| 03/01/2007 | ❸337 | NOTICE *of Plaintiff Release of Lien for Fine/Restitution* by USA as to Mike Huu Nguyen. Attorney Montoya, Bobbie J added. (Montoya, Bobbie) (Entered: 03/01/2007) |
| 03/01/2007 | ❸338 | TRANSCRIPT of Judgment and Sentencing as to defendant Khamaljit Singh Khera held on 1/30/2006 before Judge Frank C. Damrell, Jr.. Court |

| | | |
|---|---|---|
| | | Reporter: Michelle L. Babbitt. (TEXT ONLY) (document routed to fileroom) (Marciel, M) (Entered: 03/02/2007) |
| 05/25/2007 | ❶339 | USCA JUDGMENT as to 309 Notice of Appeal, decision of district court AFFIRMED. (Engbretson, K.) (Entered: 05/29/2007) |
| 07/13/2007 | ❶340 | APPEAL RECORD RETURNED: 309 Notice of Appeal - CR. (Matson, R) (Entered: 07/13/2007) |
| 10/04/2007 | ❶341 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to USDC For the Northern District of CA as to Thomas Vinh Quach. Signed by Judge Frank C. Damrell Jr.on 7/24/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Mena-Sanchez, L) (Entered: 10/05/2007) |
| 10/10/2007 | ❶342 | TRANSMITTAL of DOCUMENTS re 341 Probation 22 Out, on *10/4/2007* to * Norther District of California* *Clerk's Office* *450 Golden Gate Avenue 16th Floor* *San Francisco, CA 94102*. *Certified copies of indictment, judgment and docket sheet* (Mena-Sanchez, L) (Entered: 10/10/2007) |
| 10/10/2007 | ❶343 | AMENDED TRANSMITTAL of DOCUMENTS re 341 Probation 22 Out, on *10/4/2007* to * US District Court* *Northern District of California* *450 Golden Gate Avenue, 16th Floor* *San Francisco, CA 94102*. * Paper Documents: Certified copies of Indictment, judgment and docket sheet * (Mena-Sanchez, L) (Entered: 10/10/2007) |

PROB 22

## TRANSFER OF JURISDICTION

### E-filing

| | | |
|---|---|---|
| | **DOCKET NUMBER** (Tran. Court) 0872/2:03CR00103-04 | |
| | **DOCKET NUMBER** (Rec. Court) | |

| NAME AND ADDRESS OF SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas Vinh Quach **FILED** Daly City, California OCT 04 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK | Eastern District of California | 07 0576 |
| | **NAME OF SENTENCING JUDGE** FRANK C. DAMRELL, JR. | |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** June 29, 2007 | **TO** June 28, 2012 |

**OFFENSE**
21 USC 841(a)(1) - Distribution of Cocaine &
18 USC 1957(a) - Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity

## PART 1 - ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/24/07
*Date*

FRANK C. DAMRELL, JR.

RESTITUTION: If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9-4-07
*Effective Date*

United States District Judge

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____ mena - Sanchez
Deputy Clerk
Dated 10/10/07

CC:    United States Attorney
       FLU Unit-United States Attorney's Office
       Fiscal Clerk-Clerk's Office

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

1  McGREGOR W. SCOTT
   United States Attorney
2  ANNE PINGS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2785

# FILED

MAR 2 6 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

*un*SEALED

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          ) CR. NO. S-03-103-FCD
                                     )
12              Plaintiff,           ) VIOLATIONS: 21 U.S.C. §§ 841(a)(1)
                                     ) & 846 -  Conspiracy to Distribute
13         v.                        ) Methylenedioxmethamphetamine
                                     ) (MDMA); to Manufacture Marijuana;
14 GIAP HUU LIEN,                    ) to Distribute Methamphetamine; to
   HIEP HUU LIEN,                    ) Distribute Cocaine; to Possess
15 CHAU MINH DANG,                   ) with Intent to Distribute
   THOMAS VINH QUACH,                ) Marijuana; to Possess with Intent
16 KAMALIJIT SINGH KHERA,            ) to Distribute Methamphetamine; 21
   DUC KHIEM NGO,                    ) U.S.C.§ 841(a)(1) - Distribution
17 MIKE HUU NGUYEN, and              ) of Methylenedioxmethamphetamine
   KHOA DANG TRAN TO,                ) (MDMA) (2 counts); 21 U.S.C. §
18              Defendants.          ) 841(a)(1) - Manufacture Marijuana;
                                     ) 21 U.S.C. § 841(a)(1) -
19                                   ) Distribution of Methamphetamine (2
                                     ) counts); 21 U.S.C. § 841(a)(1) -
20                                   ) Distribution of Cocaine; 21 U.S.C.
                                     ) § 841(a)(1) - Possession with
21    I herby certify that the annexed  ) Intent to Distribute Marijuana; 21
   instrument is a true and correct copy of  ) U.S.C. § 841(a)(1) - Possession
22 the original on file in my office.     ) with Intent to Distribute
   ATTEST: VICTORIA C. MINOR          ) Methamphetamine; 21 U.S.C §
23 Clerk, U.S. District Court           ) 856(a)(2) - Maintaining a Place
   Eastern District of California       ) for the Manufacture, Storage or
24 By                                   ) Distribution of Controlled
              Deputy Clerk              ) Substances; 21 U.S.C. § 843(b) -
25 Dated    10/10/07                    ) Use of a Communication Facility in
                                        ) Facilitation of a Drug Trafficking
26                                      ) Offense;  21 U.S.C. § 853 -
27 ─────────────────────────────        ) Criminal Forfeiture.

28

                              -1-

1

S U P E R S E D I N G   I N D I C T M E N T

2  COUNT ONE:        [21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to
                     Distribute 3,4 - Methylenedioxmethamphetamine
3                    (MDMA); to Manufacture Marijuana; to Distribute at
                     Least 50 Grams of Methamphetamine; to Distribute at
4                    Least 5 Kilos of a Mixture and Substance Containing
                     a Detectable Amount of Cocaine; to Possess with
5                    Intent to Distribute Marijuana; to Possess with
                     Intent to Distribute at Least 50 Grams of
6                    Methamphetamine]

7       The Grand Jury charges:  T H A T

8                          GIAP HUU LIEN,
                           HIEP HUU LIEN,
9                         CHAU MINH DANG,
                        THOMAS VINH QUACH,
10                    KAMALIJIT SINGH KHERA,
                          DUC KHIEM NGO,
11                   MIKE HUU NGUYEN, and
                        KHOA DANG TRAN TO,
12
    defendants herein, beginning at a time unknown to the Grand Jury,
13
    but no later than January 1, 1998, and continuing thereafter up to
14
    and including on or about February 21, 2003, in the Eastern and
15
    Northern District of California, and elsewhere, did knowingly and
16
    intentionally conspire with each other, and with other persons
17
    known and unknown to the Grand Jury, to Distribute 3,4 -
18
    Methylenedioxmethamphetamine (MDMA), a Schedule I controlled
19
    substance; to Manufacture Marijuana, a Schedule I controlled
20
    substance; to Distribute at Least 50 Grams of Methamphetamine, a
21
    Schedule II controlled substance; to Distribute at Least 5 Kilos of
22
    a Mixture and Substance Containing a Detectable Amount of Cocaine,
23
    a Schedule II controlled substance; to Possess with Intent to
24
    Distribute Marijuana, a Schedule I controlled substance; and to
25
    Possess with Intent to Distribute at Least 50 Grams of
26
    Methamphetamine, a Schedule II controlled substance, in violation
27
    of Title 21, United States Code, Sections 841(a)(1) and 846.
28
                              -2-

1   COUNT TWO:      [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 -
                    Distribution of 3, 4 - Methylenedioxmethamphetamine
2                   (MDMA),  Aiding and Abetting]

3
        The Grand Jury further charges:  T H A T
4
                        GIAP HUU LIEN, and
5                       DUC KHIEM NGO,

6   defendants herein, on or about March 21, 2002, within the Eastern

7   District of California, did knowingly and intentionally distribute

8   3,4 - Methylenedioxmethamphetamine (MDMA), a Schedule I controlled

9   substance, in violation of Title 21, United States Code, Section

10  841(a)(1)(a), and Title 18, United States Code, Section 2.

11  COUNT THREE:    [21 U.S.C. § 841(a)(1) - Manufacture Marijuana]

12      The Grand Jury further charges:  T H A T

13                      DUC KHIEM NGO,

14  defendant herein, on or about March 27, 2002, within the Eastern

15  District of California, did knowingly and intentionally manufacture

16  marijuana, a Schedule I controlled substance, in violation of Title

17  21, United States Code, Section 841(a)(1).

18  COUNT FOUR:     [21 U.S.C.§ 841(a)(1) - Distribution of At Least 50
                    Grams Methamphetamine]
19
        The Grand Jury further charges:  T H A T
20
                        GIAP HUU LIEN, and
21                      CHAU MINH DANG,

22  defendants herein, on or about April 10, 2002, within the Eastern

23  District of California, did knowingly and intentionally distribute

24  Methamphetamine, a Schedule II controlled substance, in violation

25  of Title 21, United States Code, Section 841(a)(1).

26  ///

27  ///

28  ///

-3-

1  COUNT FIVE:     [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 -
                   Distribution of 3, 4 - Methylenedioxmethamphetamine
2                  (MDMA), Aiding and Abetting]

3
       The Grand Jury further charges:  T H A T
4
                       GIAP HUU LIEN, and
5                      DUC KHIEM NGO,

6  defendants herein, on or about May 29, 2002, within the Eastern

7  District of California, did knowingly and intentionally distribute

8  3,4 - Methylenedioxmethamphetamine (MDMA), a Schedule I controlled

9  substance, in violation of Title 21, United States Code, Section

10  841(a)(1), and Title 18, United States Code, Section 2.

11  COUNT SIX:      [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 -
                    Distribution of At Least 50 Grams of
12                  Methamphetamine, Aiding and Abetting]

13     The Grand Jury further charges:  T H A T

14                     GIAP HUU LIEN,
                       HIEP HUU LIEN, and
15                     CHAU MINH DANG,

16  defendants herein, on or about August 2, 2002, within the Eastern

17  District of California, did knowingly and intentionally distribute

18  at least 50 grams of methamphetamine, a Schedule II controlled

19  substance, in violation of Title 21, United States Code, Section

20  841(a)(1), and Title 18, United States Code, Section 2.

21  COUNT SEVEN:    [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 -
                    Distribution of At Least 5 Kilograms of Cocaine,
22                  Aiding and Abetting]

23     The Grand Jury further charges:  T H A T

24                     HIEP HUU LIEN, and
                       THOMAS VINH QUACH,
25

26  defendants herein, on or about February 4, 2003, within the Eastern

27  District of California, did knowingly and intentionally distribute

28  at least 5 kilograms of a mixture and substance containing a

                              -4-

 1  detectable amount of cocaine, a Schedule II controlled substance,

 2  in violation of Title 21, United States Code, Section 841(a)(1),

 3  and Title 18, United States Code, Section 2.

 4  COUNT EIGHT:    [21 U.S.C.§ 841(a)(1) - Possession with Intent to
                    Distribute Marijuana]
 5
        The Grand Jury further charges:   T H A T
 6
                            HIEP HUU LIEN,
 7

 8  defendant herein, on or about February 5, 2003, within the Eastern

 9  District of California, did knowingly and intentionally possess

10  with intent to distribute a mixture and substance containing a

11  detectable amount of marijuana, a Schedule I controlled substance,

12  in violation of Title 21, United States Code, Section 841(a)(1).

13  COUNT NINE:     [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 - Possession
                    with Intent to Distribute At Least 50 Grams of
14                  Methamphetamine,  Aiding and Abetting]

15      The Grand Jury further charges:   T H A T

16                          GIAP HUU LIEN,
                          DUC KHIEM NGO, and
17                        CHAU MINH DANG,

18  defendants herein, on or about February 21, 2003, within the

19  Eastern District of California, did knowingly and intentionally

20  possess with intent to distribute at least 50 grams of

21  methamphetamine, a Schedule II controlled substance, in violation

22  of Title 21, United States Code, Section 841(a)(1), and Title 18,

23  United States Code, Section 2.

24  COUNT TEN:      [21 U.S.C. § 856(a)(2) - Maintaining a Place for the
                    Manufacture, Storage, and Distribution of Controlled
25                  Substances]

26      The Grand Jury further charges:   T H A T

27                          MIKE HUU NGUYEN,

28  defendant herein, beginning on or about September 1, 2001, and

                              -5-

1  continuing to on or about February 21, 2003, in San Joaquin County,

2  within the State and Eastern District of California, while managing

3  and controlling a building, room, and enclosure, at 4123 Roma Way,

4  Stockton, California, as an owner, lessee, agent, employee,

5  mortgagee, did knowingly and intentionally rent, lease, and make

6  available for use, with and without compensation, said building,

7  room, and enclosure for the purpose of unlawfully manufacturing,

8  storing, distributing, and using marijuana, crystal

9  methamphetamine, and cocaine, Schedule I and Schedule II controlled

10  substances, in violation of Title 21, United States Code, Section

11  856(a)(2).

12  COUNT ELEVEN:    [Use of Communication Facility to Facilitate Drug
                     Offense - 21 U.S.C. § 843(b)]
13

14       The Grand Jury further charges:  T H A T

15                        KHOA DANG TRAN TO,

16  defendant herein, on or about September 18, 2002, in the State and

17  Eastern and Northern Districts of California, did knowingly,

18  intentionally and unlawfully use a communication facility, to wit,

19  a telephone, to facilitate the commission of an offense against the

20  laws of the United States, to wit, Conspiracy to Distribute

21  Methylenedioxmethamphetamine (MDMA); to Manufacture Marijuana; to

22  Distribute Methamphetamine; to Distribute Cocaine; to Possess with

23  Intent to Distribute Marijuana; and to Possess with Intent to

24  Distribute Methamphetamine, in violation of Title 21, United States

25  Code, Section 843(b).

26  FORFEITURE ALLEGATION:  [21 U.S.C. § 853 - Criminal Forfeiture]

27       The Grand Jury further charges:  T H A T

28       1.   The allegations of Counts 1 through 11 of this Superseding

-6-

1  Indictment are realleged and fully incorporated herein by

2  reference.

3      2.   In committing one or more of the felony offenses alleged

4  in Counts 1 through 11 of this Superseding Indictment, each

5  punishable by imprisonment for more than one year, defendants GIAP

6  HUU LIEN, HIEP HUU LIEN, DUC KHIEM NGO, CHAU MINH DANG, THOMAS VINH

7  QUACH, KAMALJIT SINGH KHERA, MIKE HUU NGUYEN, and KHOA DANG TRAN

8  TO, used, or intended to use, the below-described properties to

9  commit or facilitate the said controlled substance violations;

10 and/or the below-described are properties constituting, or derived

11 from, proceeds defendants GIAP HUU LIEN, HIEP HUU LIEN, DUC KHIEM

12 NGO, CHAU MINH DANG, THOMAS VINH QUACH, KAMALJIT SINGH KHERA, MIKE

13 HUU NGUYEN, and KHOA DANG TRAN TO, obtained directly or indirectly

14 as a result of the commission of the aforesaid violations of 21

15 U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 2, including but not

16 limited to the following:

17          a)   Real property located at 3155 Cynthia Court,
                 Tracy, California 95377, APN: 238-370-63;
18
            b)   Real property located at 3423 Dayton Common,
19               Fremont, California 94538, APN: 525-1663-150;

20          c)   Real property located at 2209 Yarnell Way,
                 Elk Grove, California 95758, APN: 119-1890-020;
21
            d)   Real property located at 13450 Applewood Way,
22               Lathrop, California 95330, APN: 196-650-52;

23          e)   Real property located at 4123 Roma Lane,
                 Stockton, California 95206, APN:166-260-34; and
24
            f)   Real property located at 2299 Pisa Circle,
25               Stockton, California 95206, APN:166-270-19.

26      3.   By virtue of the commission of one or more of the felony

27 offenses charged in this Superseding Indictment by the defendants

28 GIAP HUU LIEN, HIEP HUU LIEN, DUC KHIEM NGO, CHAU MINH DANG, THOMAS

1  VINH QUACH, KAMALJIT SINGH KHERA, MIKE HUU NGUYEN, and KHOA DANG

2  TRAN TO, any and all interest defendants GIAP HUU LIEN, HIEP HUU

3  LIEN, DUC KHIEM NGO, CHAU MINH DANG, THOMAS VINH QUACH, KAMALJIT

4  SINGH KHERA, MIKE HUU NGUYEN, and KHOA DANG TRAN TO, have in the

5  above-described properties are vested in the United States and

6  hereby forfeited to the United States pursuant to Title 21 U.S.C. §

7  853.

8      4.  If any of the property described above as being subject

9  to forfeiture, as a result of any act or omission of defendants

10  GIAP HUU LIEN, HIEP HUU LIEN, DUC KHIEM NGO, CHAU MINH DANG,

11  THOMAS VINH QUACH, KAMALJIT SINGH KHERA, MIKE HUU NGUYEN, and KHOA

12  DANG TRAN TO -

13          (1)  cannot be located upon the exercise of due
               diligence;
14
          (2)  has been transferred or sold, or deposited with, a
15               third person;

16          (3)  has been placed beyond the jurisdiction of the
               Court;
17
          (4)  has substantially diminished in value; or
18
          (5)  has been commingled with other property which
19               cannot be subdivided without difficulty;

20  it is the intent of the United States, pursuant to Title 21,

21  United States Code, Section 853(p), to seek forfeiture of any

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1  other property of defendants GIAP HUU LIEN, HIEP HUU LIEN, DUC

2  KHIEM NGO, CHAU MINH DANG, THOMAS VINH QUACH, KAMALJIT SINGH

3  KHERA, MIKE HUU NGUYEN and KHOA DANG TRAN TO, up to the value of

4  the above forfeitable properties described in paragraph 2.

5                                          A TRUE BILL.

6

7                                          FOREPERSON

8

9  McGREGOR W. SCOTT
   United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-9-

No. _ _ _ _ _ _ _   _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

GIAP HUU LIEN,
HIEP HUU LIEN,
CHAU MINH DANG,
THOMAS VINH QUACH,
KAMALIJIT SINGH KHERA,
DUC KHIEM NGO,
MIKE HUU NGUYEN, and
KHOA DANG TRAN TO

**CR.S- 0 3 - 0 1 0 3 FCD**

## S U P E R S E D I N G   I N D I C T M E N T

**VIOLATIONS:** 21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute 3,4 - Methylenedioxmethamphetamine (MDMA); to Manufacture Marijuana; to Distribute Methamphetamine; to Distribute Cocaine; to Possess with Intent to Distribute Marijuana; to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) - Distribution of 3, 4 - Methylenedioxmethamphetamine (MDMA) (2 counts); 21 U.S.C. § 841(a)(1) - Manufacture Marijuana; 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine (2 counts); 21 U.S.C. § 841(a)(1) - Distribution of Cocaine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Marijuana; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 856(a)(2) - Maintaining a Place for the Manufacture, Storage or Distribution of Controlled Substances; 21 U.S.C. § 843(b) - Use of a Communication Facility in Facilitation of a Drug Trafficking Offense; 21 U.S.C. § 853 - Criminal Forfeiture.

*A true bill*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *, A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Clerk.*

All defendants except Nguyen and To are presently detained. As to those two defendants - no bail warrant.

*Bail, $* _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

GPO 863 525

257
(Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY

☐ COMPLAINT   ☐ INFORMATION   ☐ INDICTMENT

☐ SUPERSEDING INFORMATION   ☒ SUPERSEDING

### UNDER SEAL

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**

Conspiracy to Dist. MDMA; Manufacture
Marijuana; Dist. 50 Grams of Meth, to Dist. Kilos
Cocaine; Possess with Intent to Dist. Marijuana;
Posses with Intent to Dist. 50 Grams Meth; Dist.
MDMA; Aid. & Abet.; Dist.50 Grams Meth.; Dist.
MDMA, Aid & Abet.;Dist.50 Grams Meth, Aid. &
Abet.; Poss. W/Intent to Dist. 50 Grams Meth.
Aid & Abet.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

Place of Offense
Eastern and Northern District of
California and Elsewhere

U.S.C. Citation

21 U.S.C. § 841(a)(1); 21 U.S.C. §
841(a)(1); 18 U.S.C. § 2; 21 U.S.C. §
841(a)(1)21 U.S.C. § 841(a)(1); 18
U.S.C. § 2; 21 U.S.C. § (a)(1);18 U.S.C.
§ 2; 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2

**DEFENDANT -- U.S. vs.**

GIAP HUU LIEN

Address { 3155 Cynthia Court
Tracy, CA  95377-7951

Birth Date   05-04-1971   ☒ Male   ☐ Alien
             ☐ Female   (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HIDTA; DEA

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.

☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    MAGISTRATE CASE NO. 03-037 PAN

Name and Office of Person Furnishing information on

THIS FORM   S/A JEFF FERRIS (916) 875-8890
            S/A JEFF WANNER (916) 480-7100

            ☐ U.S. Att'y   ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ANNE PINGS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction   ☒ Fed'l   ☐ State

6) ☐ Awaiting trial on other charges If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date
                            ☐ No

DATE OF ARREST ►   Mo. 2   Day 21   Year 2003

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ►   Mo.   Day   Year

☒ This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*

**In Federal custody. Detained on these Charges, Status Hearing set for 4/22/03 AUSA will arrange date if**

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY** ☐ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING INFORMATION  ☒ SUPERSEDING

**UNDER SEAL**

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA**

### OFFENSE CHARGED

Conspiracy to Dist. MDMA; Manufacture Marijuana; Dist. 50 Grams of Meth. to Dist. Kilos Cocaine; Possess with Intent to Dist. Marijuana; Posses with Intent to Dist. 50 Grams Meth; Dist.50 Grams Meth. Aid. & Abet.;Dist.5 Kilogram Cocaine, Aid. & Abet.; Poss. W/Intent to Dist. Marijuana; 21 U.S.C. § 853.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

Place of Offense

Eastern & Northern District and Elsewhere

U.S.C. Citation

21 U.S.C. § 841(a)(1) & 846;21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2;21 U.S.C. § 841(a)(1); 18 U.S.C. § 2; 21 U.S.C. § 841(a)(1)

**DEFENDANT -- U.S. vs.**

HIEP HUU LIEN

Address  { 3424 Dayton Common
Fremont, CA 94538-5417

Birth Date  10-07-1973  ☒ Male  ☐ Female  ☐ Alien (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HIDTA; DEA

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  MAGISTRATE CASE NO. 03-037 PAN

Name and Office of Person Furnishing information on

THIS FORM  S/A JEFF FERRIS (916) 875-8890
S/A JEFF WANNER (916) 480-7100

☐ U.S. Att'y  ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  ANNE PINGS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction  ☒ Fed'l  ☐ State

6) ☐ Awaiting trial on other charges If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes   If "Yes" give date
☐ No

DATE OF ARREST ▸  Mo. 02  Day 21  Year 2003

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▸  Mo.  Day  Year

☒ This report amends AO 257 previously submitted

*ADDITIONAL INFORM*
**In federal custody on these charges. Status hearing 4/22/03 AU will arrange Arraignment date if necessary.**

CR.S- 0 3 - 0 1 0 3 FCD

AO 257
(Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

| BY | | | |
|---|---|---|---|
| ☐ COMPLAINT | ☐ INFORMATION | ☐ INDICTMENT | |
| ☐ SUPERSEDING INFORMATION | ☒ SUPERSEDING | |

**UNDER SEAL**

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

### OFFENSE CHARGED

Conspiracy to Dist. MDMA; Manufacture
Marijuana; Dist. 50 Grams of Meth, to Dist. Kilos
Cocaine; Possess with Intent to Dist. Marijuana;
Posses with Intent to Dist. 50 Grams Meth;Dist.
50 Grams Meth; Dist. 5 Kilograms Cocaine, Aid.
& Abet.;Poss. W/Intent to Dist. 50 Grams Meth,
Aid & Abet.

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

**DEFENDANT -- U.S. vs.**

CHAU MINH DANG

Address: 5532 Entrada Cedros
San Jose, CA 95123-1548

| Place of Offense | U.S.C. Citation |
|---|---|
| Eastern & Northern District and Elsewhere | 21 U.S.C. § 841(a)(1)& 846; 21 U.S.C. § 841(a)(1);21 U.S.C. § 841(a)(1); 18 U.S.C. § 2, 21 U.S.C. § 841(a)(1) &18 U.S.C. § 2 |

Birth Date: 10-18-1980    ☒ Male    ☐ Alien
☐ Female    (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HIDTA; DEA

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y    ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
03-037 PAN

Name and Office of Person Furnishing information on

THIS FORM

S/A JEFF FERRIS (916) 875-8890
S/A JEFF WANNER (916) 480-7100

☐ U.S. Att'y    ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    ANNE PINGS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction    ☐ Fed'l    ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes    If "Yes" give date
☐ No

| DATE OF ARREST ▶ | Mo. 2 | Day 21 | Year 2003 |
|---|---|---|---|

Or ... if arresting Agency & Warrant were not Federal

| DATE TRANSFERRED TO U.S. CUSTODY ▶ | Mo. | Day | Year |
|---|---|---|---|

☒ This report amends AO 257 previously submitted

---

*ADDITIONAL INFORMATION OR COMMENTS*
**In Federal Custody, detained on these charges, Status hearing set for 4/22/03. AUSA will arrange arraignment date if necessary.**
CR.S- 0 3 - 0 1 0 3 FCD

AO 257
(Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY:

| | |
|---|---|
| ☐ COMPLAINT | ☐ INFORMATION | ☐ INDICTMENT |
| ☐ SUPERSEDING INFORMATION | ☒ SUPERSEDING |

### UNDER SEAL

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**

Conspiracy to Distribute MDMA; to Manufacture
Marijuana; Distribute at Least 50 Grams of
Methamphetamine, to Distribute at Least 5 Kilos
Cocaine; Posses with Intent to Distribute
Marijuana; Posses with Intent to Distribute at
least 50 Grams Methamphetamine; Distribute 5
Kilograms Cocaine, Aiding & Abetting

— Petty
— Minor
— Misde-meanor
☒ Felony

Place of Offense

Eastern and Northern District of
California and Elsewhere

U.S.C. Citation

21 U.S.C. § 841(a)(1) &846; 21 U.S.C. §
841(a)(1) and 18 U.S.C. § 2; 21

**DEFENDANT -- U.S. vs.**

THOMAS VINH QUACH

Address ►
2209 Yarnell Way
Elk Grove, CA 95758-7119

| Birth Date | 06/17/1978 | ☒ Male | — Alien |
|---|---|---|---|
| | | — Female | (if applicable) |

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HIDTA; DEA

☐ this person is awaiting trial in another Federal or State Court,
give name of court.

☐ this person/proceeding is transferred from another district
per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges
previously dismissed which were
dismissed on motion of:

☐ U.S. Att'y    ☐ Defense

} SHOW
DOCKET NO.

☐ this prosecution relates to a pending
case involving this same defendant

☒ prior proceeding or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

MAGISTRATE
CASE NO.
03-036 PAN

Name and Office of Person
Furnishing information on

THIS FORM

S/A JEFF FERRIS (916) 875-8890
S/A JEFF WANNER (916) 480-7100

| | U.S. Att'y | ☒ Other U.S. Agency |
|---|---|---|

Name of Asst. U.S. Att'y
(if assigned)    ANNE PINGS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
if not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge
5) ☐ On another conviction    ☒ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer
been filed?

— Yes
— No

If
"Yes"
give
date

| DATE OF | Mo. | Day | Year |
|---|---|---|---|
| ARREST ► | 2 | 21 | 2003 |

Or ... if arresting Agency & Warrant were not Federal

| DATE TRANSFERRED | Mo. | Day | Year |
|---|---|---|---|
| TO U.S. CUSTODY ► | | | |

☒ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**In federal custody, detained on these charges, status hearing set for 4/22/03, AUSA will arrange arraignment if necessary.** (Housed in Sac. Co. Jail) (SAC. COUNTY PRISON # 3921065)

AO 257(Rev. 10/95)

PER 18 U.S.C 3170

| DEFENDANT INFORMAT. RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

**BY** ☐ COMPLAINT ☐ INFORMATION ☐ INDICTMENT

☐ SUPERSEDING INFORMATION ☒ SUPERSEDING

*Under Seal*

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED** Conspiracy to
Dist. MDMA; Manufacture Marijuana; Dist. 50
Grams of Meth, to Dist. Kilos Cocaine; Possess
with Intent to Dist. Marijuana; Posses with Intent
to Dist. 50 Grams Meth;Dist.MDMA, Aid &
Abet.;Man. Marijuana; Dist .MDMA, Aid & Abet;
Poss. W/Intent to Dist. 50 Grams Meth, & Aid &
Abet.

☐ Petty

___ Minor

___ Misde-
     meanor

_X_ Felony

Place of Offense Eastern & Northern District and
Elsewhere

| U.S.C. Citation |
|---|
| 21 U.S.C. § 841(a)(1) & 846; 21 U.S.C. § 841(a)(1); 18 U.S.C. § 2;21 U.S.C. § 841(a)(1);21 U.S.C. § 841(a)(1), 18 U.S.C. § 2; 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2 |

**DEFENDANT -- U.S. vs.**

▶ **DUC KHIEM NGO**

Address { 13450 Applewood Court
Lathrop, CA  95330-8918

Birth Date: 08/28/1969   _X_ Male   ___ Female   ___ Alien (if applicable)

(Optional unless a juvenile)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

HIDTA; DEA

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. 03-035 PAN

Name and Office of Person

THIS FORM

S/A JEFF FERRIS (916) 875-8890
S/A JEFF WANNER (916) 480-7100

☐ U.S. Att'y   ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   ANNE PINGS

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction   ☒ Fed'l   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date
☐ No

| DATE OF ARREST ▶ | Mo. 2 | Day 21 | Year 2003 |
|---|---|---|---|

Or ... if arresting Agency & Warrant were not Federal

| DATE TRANSFERRED TO U.S. CUSTODY ▶ | Mo. | Day | Year |
|---|---|---|---|

☒ This report amends AO 257 previously submitted

**In Federal Custody, bail ordered is stayed pending hearing.**

AO 257
(Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY:

| | | |
|---|---|---|
| ☐ COMPLAINT | ☐ INFORMATION | ☐ INDICTMENT |
| ☐ SUPERSEDING INFORMATION | ☒ SUPERSEDING | |

*Under Seal*

**OFFENSE CHARGED**

Conspiracy to Dist. MDMA; Manufacture Marijuana; Dist. 50 Grams of Meth, to Dist. 5 Kilos Cocaine; Possess with Intent to Dist. Marijuana; Posses with Intent to Dist. 50 Grams Meth; Communication. Facility to Facilitate Drug Offenses.

___ Petty
___ Minor
___ Misde-
meaner
_X_ Felony

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO, CALIFORNIA**

**DEFENDANT -- U.S. vs.**

► Khoa Dang Tran To

Address {　2658 Olivestone Way
San Jose, CA 95132

Place of Offense

Eastern and Northern Districts of California and Elsewhere

U.S.C. Citation

21 U.S.C. § 841(a)(1) and 846; 21 U.S.C. § 843(b)

Birth Date　4/10/75　　_X_ Male　___ Alien
　　　　　　　　　　　___ Female　(if applicable)

(Optional unless a juvenile)

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

　HIDTA; DEA

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
　☐ U.S. Att'y　☐ Defense

}　SHOW
　DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing information on

THIS FORM　S.A. Jeff Ferris (916) 875-8890

| | U.S. Att'y | _X_ Other U.S. Agency |
|---|---|---|

Name of Asst. U.S. Att'y
(if assigned)　ANNE PINGS

## DEFENDANT

**IS *NOT* IN CUSTODY**

1)　☒　Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2)　☐　Is a Fugitive

3)　☐　Is on Bail or Release from (show District)

**IS IN CUSTODY**

4)　☐　On this charge

5)　☐　On another conviction　　☐ Fed'l　☐ State

6)　☐　Awaiting trial on other charges
　　　　If answer to (6) is "Yes", show name of institution

Has detainer been filed?
　Yes ___
　No ___
　if "Yes" give date ___

DATE OF ARREST ►　Mo.　Day　Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED
TO U.S. CUSTODY ►　Mo.　Day　Year

☐ This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*

**Defendant not in custody at this time. BENCH WARRANT/NO BAIL**

CR.S- 0 3 - 0 1 0 3

AO 257
(Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY

| | COMPLAINT | | INFORMATION | | INDICTMENT |
| | SUPERSEDING INFORMATION | X | SUPERSEDING |

*Under Seal*

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

### OFFENSE CHARGED

Conspiracy to Dist. MDMA; Manufacture
Marijuana; Dist. 50 Grams of Meth, to Dist. 5
Kilos Cocaine; Possess with Intent to Dist.
Marijuana; Posses with Intent to Dist. 50 Grams
Meth, Maintaing Place for Man. Storage & Dist.
of Cont. Substances

___ Petty
___ Minor
___ Misde-
    meanor
_X_ Felony

**DEFENDANT -- U.S. vs.**

Mike Huu Nguyen

861 University Street
San Francisco, CA 94134

Address

| Place of Offense | U.S.C. Citation |
| Eastern and Northern District of California and Elsewhere | 21 U.S.C. § 841(a)(1) and 846; 21 U.S.C. § 856(a)(2) |

| Birth Date | 2/7/03 | X | Male | ___ Alien |
| | | ___ | Female | (if applicable) |

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HIDTA; DEA

| | this person is awaiting trial in another Federal or State Court, give name of court.

| | this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

| | this is a reprosecution of charges previously dismissed which were dismissed on motion of:

| | U.S. Att'y    | | Defense

SHOW
DOCKET NO.

| | this prosecution relates to a pending case involving this same defendant

| | prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing information on

THIS FORM    S.A. Jeff Ferris (916) 875-8890

| | U.S. Att'y | X | Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    ANNE PINGS

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) | X | Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges

2) | | Is a Fugitive

3) | | Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) | | On this charge

5) | | On another conviction    | | Fed'l    | | State

6) | | Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?    | Yes    | If "Yes" give date
                            | No

| DATE OF ARREST ► | Mo. | Day | Year |

Or ... if arresting Agency & Warrant were not Federal

| DATE TRANSFERRED TO U.S. CUSTODY ► | Mo. | Day | Year |

| | This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*

**NOT IN CUSTODY AT THIS TIME. BENCH WARRANT/NO BAIL**

CRS  0 3 - 0 1

AO 257
(Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY:

| | | |
|---|---|---|
| ☐ COMPLAINT | ☐ INFORMATION | ☐ INDICTMENT |
| ☐ SUPERSEDING INFORMATION | ☒ SUPERSEDING | |

**UNDER SEAL**

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

### OFFENSE CHARGED

Conspiracy to Dist. MDMA; Manufacture Marijuana; Dist. 50 Grams of Meth, to Dist. Kilos Cocaine; Possess with Intent to Dist. Marijuana; Posses with Intent to Dist. 50 Grams Meth;

— Petty
— Minor
— Misde-
   meanor
X Felony

Place of Offense Eastern & Northern District and Elsewhere

| U.S.C. Citation |
|---|
| 21 U.S.C. § 841(a)(1) and 846 |

**DEFENDANT -- U.S. vs.**

KAMALIJIT SINGH KHERA

► 

Address { 872 Springbrook Drive
San Ramon, CA 94583-5632

| Birth Date | 03/22/1970 | X Male | X Alien |
|---|---|---|---|
| | | __ Female | __ (if applicable) |

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HIDTA; DEA

☐ this person is awaiting trial in another Federal or State Court, give name of court.

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     } SHOW DOCKET NO.
   ☐ U.S. Att'y    ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

| MAGISTRATE CASE NO. |
|---|
| 03-036 PAN |

Name and Office of Person Furnishing information on

THIS FORM

S/A JEFF FERRIS (916) 875-8890
S/A JEFF WANNER (916) 480-7100

☐ U.S. Att'y    ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    ANNE PINGS

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges    ►

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction    ☒ Fed'l    ☐ State

6) ☐ Awaiting trial on other charges If answer to (6) is "Yes", show name of institution

Has detainer been filed?    __ Yes    If "Yes" give date
                            __ No

| DATE OF ARREST ► | Mo. 2 | Day 21 | Year 2003 |
|---|---|---|---|

Or ... if arresting Agency & Warrant were not Federal

| DATE TRANSFERRED TO U.S. CUSTODY ► | Mo. | Day | Year |
|---|---|---|---|

☒ This report amends AO 257 previously submitted

---

*ADDITIONAL INFORMATION OR COMMENTS*

**In federal custody, detained on these charges, status hearing set for 4/22/03. AUSA will arrange arraignment date if necessary.**
(Housed at Sac. Co. Jail) (SAC. COUNTY PRISON # 3921072)

1 | JOHN K. VINCENT
United States Attorney
2 | ANNE PINGS
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2785

**FILED**

MAR - 6 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10                    CR.S- 0 3 - 0 1 0 3 FCD

11 | UNITED STATES OF AMERICA        ) CR. NO. S-
                                    )
12 |            Plaintiff,           ) VIOLATIONS: 21 U.S.C. §§ 841(a)(1)
                                    ) and 846 - Conspiracy to
13 |       v.                        ) Distribute 3,4 -
                                    ) Methylenedioxmethamphetamine
14 | GIAP HUU LIEN,                  ) (MDMA); to Manufacture Marijuana;
HIEP HUU LIEN,                      ) to Distribute Methamphetamine; to
15 | CHAU MINH DANG,                 ) Distribute Cocaine; to Possess
THOMAS VINH QUACH,                  ) with Intent to Distribute
16 | KAMALIJIT SINGH KHERA, and      ) Marijuana; to Possess with Intent
DUC KHIEM NGO,                      ) to Distribute Methamphetamine; 21
17 |                                 ) U.S.C.§ 841(a)(1) - Distribution
            Defendants.             ) of 3,4 -
18 |                                 ) Methylenedioxmethamphetamine
                                    ) (MDMA) (2 counts); 21 U.S.C. §
19 |                                 ) 841(a)(1) - Manufacture Marijuana;
I herby certify that the annexed     ) 21 U.S.C. § 841(a)(1) -
20 | instrument is a true and correct copy of  ) Distribution of Methamphetamine (2
the original on file in my office.   ) counts); 21 U.S.C. § 841(a)(1) -
ATTEST: VICTORIA C. MINOR            ) Distribution of Cocaine; 21 U.S.C.
21 | Clerk, U.S. District Court      ) § 841(a)(1) - Possession with
Eastern District of California       ) Intent to Distribute Marijuana; 21
22 | By _____ Deputy Clerk ) U.S.C. § 841(a)(1) - Possession
                                    ) with Intent to Distribute
23 | Dated ___10 |10|07___           ) Methamphetamine; 21 U.S.C. § 853 -
                                    ) Criminal Forfeiture.
24 |

26                    I N D I C T M E N T

27 | COUNT ONE:    [21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to
28 |               Distribute 3,4 - Methylenedioxmethamphetamine

                        14 -1-

1

(MDMA); to Manufacture Marijuana; to Distribute at Least 50 Grams of Methamphetamine; to Distribute at

2

Least 5 Kilos of a Mixture and Substance Containing Detectable Amount of Cocaine; to Possess with Intent

3

to Distribute Marijuana; to Possess with Intent to Distribute at Least 50 Grams of Methamphetamine]

4

The Grand Jury charges:   T H A T

5

GIAP HUU LIEN,

6

HIEP HUU LIEN,
CHAU MINH DANG,

7

THOMAS VINH QUACH,
KAMALIJIT SINGH KHERA, and

8

DUC KHIEM NGO,

9

defendants herein, beginning at a time unknown to the Grand Jury,

10

but no later than January 1, 1998, and continuing thereafter up to

11

and including on or about February 21, 2003, in the Eastern and

12

Northern District of California, and elsewhere, did knowingly and

13

intentionally conspire with each other, and with other persons

14

known and unknown to the Grand Jury, to Distribute 3,4 -

15

Methylenedioxmethamphetamine (MDMA), a Schedule I controlled

16

substance; to Manufacture Marijuana, a Schedule I controlled

17

substance; to Distribute at Least 50 Grams of Methamphetamine, a

18

Schedule II controlled substance; to Distribute at Least 5 Kilos of

19

a Mixture and Substance Containing Detectable Amount of Cocaine, a

20

Schedule II controlled substance; to Possess with Intent to

21

Distribute Marijuana, a Schedule I controlled substance; and to

22

Possess with Intent to Distribute at Least 50 Grams of

23

Methamphetamine, a Schedule II controlled substance, in violation

24

of Title 21, United States Code, Sections 841(a)(1) and 846.

25

COUNT TWO:    [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 -

26

Distribution of 3, 4 - Methylenedioxmethamphetamine (MDMA), Aiding and Abetting]

27

The Grand Jury further charges:   T H A T

28

-2-

1    GIAP HUU LIEN, and
       DUC KHIEM NGO,

2

3  defendants herein, on or about March 21, 2002, within the Eastern

4  District of California, did knowingly and intentionally distribute

5  3,4 - Methylenedioxmethamphetamine (MDMA), a Schedule I controlled

6  substance, in violation of Title 21, United States Code, Section

7  841(a)(1)(a), and Title 18, United States Code, Section 2.

8  COUNT THREE:    [21 U.S.C. § 841(a)(1) - Manufacture Marijuana]

9       The Grand Jury further charges:  T H A T

10                      DUC KHIEM NGO,

11  defendant herein, on or about March 27, 2002, within the Eastern

12  District of California, did knowingly and intentionally manufacture

13  marijuana, a Schedule I controlled substance, in violation of Title

14  21, United States Code, Section 841(a)(1).

15  COUNT FOUR:    [21 U.S.C.§ 841(a)(1) - Distribution of At Least 50
                   Grams Methamphetamine]

16       The Grand Jury further charges:  T H A T

17                   GIAP HUU LIEN, and
                      CHAU MINH DANG,

18

19  defendants herein, on or about April 10, 2002, within the Eastern

20  District of California, did knowingly and intentionally distribute

21  Methamphetamine , a Schedule II controlled substance, in violation

22  of Title 21, United States Code, Section 841(a)(1).

23  COUNT FIVE:    [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 -
                   Distribution of 3, 4 - Methylenedioxmethamphetamine
                   (MDMA), Aiding and Abetting]

24       The Grand Jury further charges:  T H A T

25                   GIAP HUU LIEN, and

26                      DUC KHIEM NGO,

27  defendants herein, on or about May 29, 2002, within the Eastern

28  District of California, did knowingly and intentionally distribute

-3-

1  3,4 - Methylenedioxmethamphetamine (MDMA), a Schedule I controlled

2  substance, in violation of Title 21, United States Code, Section

3  841(a)(1), and Title 18, United States Code, Section 2.

4  COUNT SIX:        [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 -
                     Distribution of At Least 50 Grams of
5                    Methamphetamine, Aiding and Abetting]

6      The Grand Jury further charges: T H A T

7                          GIAP HUU LIEN,
                        HIEP HUU LIEN, and
8                        CHAU MINH DANG,

9  defendants herein, on or about August 2, 2002, within the Eastern

10  District of California, did knowingly and intentionally distribute

11  at least 50 grams of methamphetamine, a Schedule II controlled

12  substance, in violation of Title 21, United States Code, Section

13  841(a)(1), and Title 18, United States Code, Section 2.

14  COUNT SEVEN:      [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 -
                     Distribution of At Least 5 Kilograms of Cocaine,
15                    Aiding and Abetting]

16      The Grand Jury further charges: T H A T

17                        HIEP HUU LIEN, and
                        THOMAS VINH QUACH,
18

19  defendants herein, on or about February 4, 2003, within the Eastern

20  District of California, did knowingly and intentionally distribute

21  at least 5 kilograms of a mixture and substance containing a

22  detectable amount of cocaine, a Schedule II controlled substance,

23  in violation of Title 21, United States Code, Section 841(a)(1),

24  and Title 18, United States Code, Section 2.

25  COUNT EIGHT:      [21 U.S.C.§ 841(a)(1) - Possession with Intent to
                     Distribute Marijuana]
26
       The Grand Jury further charges: T H A T
27
                          HIEP HUU LIEN,
28

                              -4-

1  defendant herein, on or about February 5, 2003, within the Eastern
2  District of California, did knowingly and intentionally possess
3  with intent to distribute a mixture and substance containing a
4  detectable amount of marijuana, a Schedule I controlled substance,
5  in violation of Title 21, United States Code, Section 841(a)(1).

6  COUNT NINE:    [21 U.S.C.§ 841(a)(1) and 18 U.S.C. § 2 - Possession
                  with Intent to Distribute At Least 50 Grams of
7                 Methamphetamine, Aiding and Abetting]

8      The Grand Jury further charges:  T H A T

9                         GIAP HUU LIEN,
                       DUC KHIEM NGO, and
10                        CHAU MINH DANG,

11  defendants herein, on or about February 15, 2003, within the
12  Eastern District of California, did knowingly and intentionally
13  possess with intent to distribute at least 50 grams of
14  methamphetamine, a Schedule II controlled substance, in violation
15  of Title 21, United States Code, Section 841(a)(1), and Title 18,
16  United States Code, Section 2.

17  FORFEITURE ALLEGATION:  [21 U.S.C. § 853 - Criminal Forfeiture]

18      The Grand Jury further charges:  T H A T

19      1.   The allegations of Counts 1 through 9 of this Indictment
20  are realleged and fully incorporated herein by reference.

21      2.   In committing one or more of the felony offenses alleged
22  in Counts 1 through 9 of this Indictment, each punishable by
23  imprisonment for more than one year, defendants GIAP HUU LIEN, HIEP
24  HUU LIEN, DUC KHIEM NGO, CHAU MINH DANG, THOMAS VINH QUACH, and
25  KAMALJIT SINGH KHERA, used, or intended to use, the below-described
26  properties to commit or facilitate the said controlled substance
27  violations; and/or the below-described are properties constituting,
28  or derived from, proceeds defendants GIAP HUU LIEN, HIEP HUU LIEN,

-5-

1  DUC KHIEM NGO, CHAU MINH DANG, THOMAS VINH QUACH, and KAMALJIT
2  SINGH KHERA obtained directly or indirectly as a result of the
3  commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1)
4  and 846, and 18 U.S.C. § 2, including but not limited to the
5  following:

   a)  Real property located at 3155 Cynthia Court, Tracy,
       California 95377, APN: 238-370-63;

   b)  Real property located at 3423 Dayton Common,
       Fremont, California 94538, APN: 525-1663-150;

   c)  Real property located at 2209 Yarnell Way, Elk
       Grove, California 95758, APN: 119-1890-020;

   d)  Real property located at 13450 Applewood Way,
       Lathrop, California 95330, APN: 196-650-52;

   e)  Real property located at 4123 Roma Lane, Stockton,
       California 95206, APN:166-260-34; and

   f)  Real property located at 2299 Pisa Circle, Stockton,
       California 95206, APN:166-270-19.

15      3.  By virtue of the commission of one or more of the felony
16  offenses charged in this Indictment by the defendants GIAP HUU
17  LIEN, HIEP HUU LIEN, DUC KHIEM NGO, CHAU MINH DANG, THOMAS VINH
18  QUACH, and KAMALJIT SINGH KHERA any and all interest defendants
19  GIAP HUU LIEN, HIEP HUU LIEN, DUC KHIEM NGO, CHAU MINH DANG, THOMAS
20  VINH QUACH, and KAMALJIT SINGH KHERA have in the above-described
21  properties are vested in the United States and hereby forfeited to
22  the United States pursuant to Title 21 U.S.C. § 853.

23      4.  If any of the property described above as being subject
24  to forfeiture, as a result of any act or omission of defendants
25  GIAP HUU LIEN, HIEP HUU LIEN, DUC KHIEM NGO, CHAU MINH DANG,
26  THOMAS VINH QUACH, and KAMALJIT SINGH KHERA -

    (1)  cannot be located upon the exercise of due
         diligence;

-6-

1           (2)   has been transferred or sold, or deposited with, a
                  third person;

2

3           (3)   has been placed beyond the jurisdiction of the
                  Court;

4           (4)   has substantially diminished in value; or

5           (5)   has been commingled with other property which
                  cannot be subdivided without difficulty;

6

7   it is the intent of the United States, pursuant to Title 21,

8   United States Code, Section 853(p), to seek forfeiture of any

9   other property of defendants GIAP HUU LIEN, HIEP HUU LIEN, DUC

10  KHIEM NGO, CHAU MINH DANG, THOMAS VINH QUACH, and KAMALJIT SINGH

11  KHERA up to the value of the above forfeitable properties

12  described in paragraph 2.

13                                    A TRUE BILL.

14

15

16                                    _____
                                      FOREPERSON

17

18  _____
    JOHN K. VINCENT
19  United States Attorney

20

21

22

23

24

25

26

27

28

                                    -7-

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*
GIAP HUU LIEN,
HIEP HUU LIEN,
CHAU MINH DANG,
THOMAS VINH QUACH,
KAMALIJIT SINGH KHERA, and
DUC KHIEM NGO,

CR.S- 0 3 - 0 1 0 3 FCD

## I N D I C T M E N T

**VIOLATIONS:** 21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute 3,4 - Methylenedioxmethamphetamine (MDMA); to Manufacture Marijuana; to Distribute Methamphetamine; to Distribute Cocaine; to Possess with Intent to Distribute Marijuana; to Possess with Intent to Distribute Methamphetamine; 21 U.S.C.§ 841(a)(1) - Distribution of 3,4 - Methylenedioxmethamphetamine (MDMA) (2 counts); 21 U.S.C. § 841(a)(1) - Manufacture Marijuana; 21 U.S.C. § 841(a)(1) - Distribution of Methamphetamine (2 counts); 21 U.S.C. § 841(a)(1) - Distribution of Cocaine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Marijuana; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853 - Criminal Forfeiture.

*A true bill,*

_____
                                        *Foreman.*

*Filed in open court this* _____ *day*

*of* _____ *, A.D. 20* _____

_____
                                        *Clerk.*

*Bail, $* _all detail seve me on boul_

_____

GPO 863 525

# United States District Court
## Eastern District of California

JUN - 8 2005
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF ...

UNITED STATES OF AMERICA
v.
**THOMAS VINH QUACH**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **2:03CR00103-04**

Danny Brace Jr., 721 Ninth St, Ste 350,
Sacramento, CA 95814
Defendant's Attorney

## THE DEFENDANT:

[✔]  pleaded guilty to count(s): 1,2 of the Superseding Information .
[ ]  pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 841(a)(1) | Distribution of Cocaine | 02/04/2003 | 1 |
| 18 U.S.C. 1957(a) | Engaging in Monetary Transactions in Property Derived From Specified Unlawful Activity | 09/05/2002 | 2 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

[✔]  Indictment is dismissed by District Court on motion of the United States.

[✔]  Appeal rights given.           [✔]  Appeal rights waived.

I herby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _Mena Sanchez_
Deputy Clerk
Dated 10/10/07

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: JACK L. WAGNER
Clerk, U.S. District Court
Eastern District of California
By ____
Deputy Clerk
Dated 4/8/05

05/31/05
Date of Imposition of Judgment

Signature of Judicial Officer

**FRANK C. DAMRELL, JR.**, United States District Judge
Name & Title of Judicial Officer

June 7, 2007
Date

CASE NUMBER:        2:03CR00103-04
DEFENDANT:          THOMAS VINH QUACH                                    Judgment - Page 2 of 6

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 months as to Count 1, and 60 months as to Count 2 to run concurrent for total term of 60 months .

[✔]     The court makes the following recommendations to the Bureau of Prisons:
        The Court recommends that the defendant be incarcerated at a camp facility either in Colorado or in the alternative at Atwater or Lompoc, California, but only insofar as this accords with security classification and space availability.   The Court also makes the additional recommendation that the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program.  Additional

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _ on ___.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


                                                                    _____
                                                                    UNITED STATES MARSHAL


                                                        By  _____
                                                                    Deputy U.S. Marshal

CASE NUMBER:       2:03CR00103-04                                                    Judgment - Page 3 of 6
DEFENDANT:         THOMAS VINH QUACH

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 36 months as to Count 2 and 60 months as to Count 1 to run concurrent for a total term of 60 months.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[ ]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[✔]     The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[✔]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

[ ]     The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4)   the defendant shall support his or her dependants and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6)   the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

CASE NUMBER:    2:03CR00103-04                                    Judgment - Page 4 of 6
DEFENDANT:    THOMAS VINH QUACH

## SPECIAL CONDITIONS OF SUPERVISION

1.  The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2.  The defendant shall provide the probation officer with access to any requested financial information.

3.  As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

4.  As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

5.  As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

6.  The defendant shall register, as required in the jurisdiction in which he resides, as a drug offender.

7.  The defendant shall submit to the collection of DNA as directed by the probation officer.

| CASE NUMBER: | 2:03CR00103-04 | Judgment - Page 5 of 6 |
|---|---|---|
| DEFENDANT: | THOMAS VINH QUACH | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $ 200.00 | $ | $ |

[] The determination of restitution is deferred until __ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TOTALS: | $ ___ | $ ___ | |

[] Restitution amount ordered pursuant to plea agreement $ __

[] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [] The interest requirement is waived for the   [] fine   [] restitution

   [] The interest requirement for the   [] fine [] restitution is modified as follows:

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

CASE NUMBER:      2:03CR00103-04                                                                    Judgment - Page 6 of 6
DEFENDANT:        THOMAS VINH QUACH

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [] Lump sum payment of $ __ due immediately, balance due

     []     not later than __ , or
     []     in accordance with     [] C,   [] D,   [] E, or     [] F below; or

B   [✓]     Payment to begin immediately (may be combined with   [] C,   [] D, or [] F below); or

C   [] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
     to commence __ (e.g., 30 or 60 days) after the date of this judgment; or

D   [] Payment in equal __ (e.g., weekly, monthly, quarterly) installments of $ __ over a period of __ (e.g., months or years),
     to commence __ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [] Payment during the term of supervised release will commence within __ (e.g., 30 or 60 days) after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time;
     or

F   [] Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary
penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau
of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[]   Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several
Amount, and corresponding payee, if appropriate:

[]   The defendant shall pay the cost of prosecution.

[]   The defendant shall pay the following court cost(s):

[]   The defendant shall forfeit the defendant's interest in the following property to the United States: